# EXHIBIT 4



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**New Case Electronically Filed: MOTION**
**December 10, 2025 10:13**

Confirmation Nbr. 3698278

SANDRA WORTHING ALVES  CV 25 129498

vs.

INTERNET TRUCKSTOP PAYMENTS LLC, ET AL  **Judge:** MAUREEN CLANCY

**Pages Filed:** 4

# IN THE COURT OF COMMON PLEAS

# CUYAHOGA COUNTY, OHIO

Case No.: _____

**Plaintiff,**

Judge: _____

SANDRA WORTHING ALVES

d/b/a All Directions Trucking
MC#1710778

25540 Byron Dr.

North Olmsted OH 44070

**EMERGENCY EX PARTE**

**TEMPORARY RESTRAINING ORDER (TRO)**

_____

v.

INTERNET TRUCKSTOP PAYMENTS LLC.  Ect, all
1444 S. Entertainment Ave., Suite 110
Boise, Idaho 83709
**Defendant.**

Plaintiff Sandra Worthing Alves respectfully moves this Court for an Emergency Ex Parte Temporary Restraining Order pursuant to Civ.R. 65(A)–(B) and R.C. 2727.

## I. CERTIFICATION UNDER CIV.R. 65(B)(1)(B)

Plaintiff attempted to contact Defendants through their "factorme" email system and was blocked. Plaintiff attempted to request factoring release and was refused unless she waived all rights. Because Defendants control the communication channels and block access, notice is impracticable, and delay will cause irreparable harm.

## II. IMMEDIATE AND IRREPARABLE HARM

Defendants' actions are shutting down Plaintiff's business operations, blocked payments, enforced fraudulent liens and a fraudulent NOA, obstructed onboarding, and caused continuing financial and reputational damage.

## III. LIKELIHOOD OF SUCCESS

Defendants filed two fraudulent UCC liens on June 4, 2025 without a security agreement; enforced an invalid NOA; blocked Plaintiff's communications; interfered with factoring transition unless rights were waived; and published false encumbrance data.

## IV. NOTICE WOULD DEFEAT THE PURPOSE

Because Defendants have already blocked Plaintiff's communications and engaged in retaliatory conduct, providing notice would allow further obstruction and increase harm.

## V. REQUESTED EX PARTE TRO

Plaintiff requests the Court immediately order:

1. Removal of both UCC liens filed June 4, 2025.

2. Cancellation of the NOA.

3. Release of all withheld payments.

4. Restoration of onboarding and identity access.

5. Prohibition on dissemination of false financial data.

6. Prohibition on blocking communications or retaliation.

Respectfully submitted,

Sandra Worthing Alves

Pro Se Plaintiff

25540 Byron Dr.

North Olmsted, OH 44070