# EXHIBIT 7

Date Produced: 12/29/2025

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3552 7360 85. Our records indicate that this item was delivered on 12/23/2025 at 09:07 a.m. in EDEN PRAIRIE, MN 55347. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)

*Evelyn Thell*
Evelyn Thell

Address of Recipient :

14701 CHARLSON RD

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:   Case   CV25129498
CV25129498 / 59030761 / C.H. ROBINSON WORLDWIDE, INC. / 2025-12-31 05:16  Sent To:  C/O REGISTERED AGENT 14701 CHARLSON ROAD EDEN PRAIRIE, MN 553470000