# EXHIBIT 22

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| SANDRA WORTHING ALVES, | ) CASE NO. CV-25-129498 |
| Plaintiff, | ) JUDGE JOHN RUSSO |
| -vs- | ) |
| INTETNET TRUCKSTOP PAYMENTS LLC, ET AL., | ) |
| Defendants. | ) |

**TO: THE CLERK OF COURTS, COURT OF COMMON PLEAS, CUYAHOGA COUNTY, OHIO:**

PLEASE TAKE NOTICE that on January 20, 2026, Defendant C.H. Robinson Worldwide, Inc. ("Defendant"), filed in the United States District Court of the Northern District of Ohio, Eastern Division, a Notice of Removal of this action to the United States District Court, a copy of which is attached, and also filed in that Court copies of the Complaint filed in this action.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446, the filing of the Notice of Removal in the United States District Court effects the removal of this action, and this Court may not proceed further in this case unless and until the case is remanded.

                Respectfully submitted,

**OF COUNSEL:**

BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP

_____
Eric Larson Zalud  (0038959)
Clare R. Taft (0076570)
Briana R. Cowman (0106255)
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:   (216) 363-4500
Facsimile:   (216) 363-4588
E-mail:      ezalud@beneschlaw.com
              ctaft@beneschlaw.com
              bcowman@benechlaw.com

*Attorneys for Defendant C.H. Robinson Worldwide, Inc.*

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Removal of Case to Federal Court has been sent, via regular U.S. Mail, this _____ day of January 2026 to the following:

| | |
|---|---|
| Sandra Worthing Alves<br>b/b/a/ All Directions Trucking<br>MC#1710778<br>2550 Byron Dr.<br>North Olmstead, Ohio 44070<br><br>*Plaintiff* | RMIS – Registry Monitoring Insurance<br>Services, LLC<br>c/o Registered Agent<br>222 North Plymouth Ave.<br>New Plymouth, Idaho 83655<br><br>*Defendant* |
| Internet Truckstop Payments, LLC<br>c/o Registered Agent<br>222 North Plymouth Ave.<br>New Plymouth, Idaho 83655<br><br>*Defendant* | Risk Factors<br>c/o RMIS, LLC<br>222 North Plymouth Ave.<br>New Plymouth, Idaho 83655<br><br>*Defendant* |
| Internet Truckstop Group, LLC<br>c/o Registered Agent<br>222 North Plymouth Ave.<br>New Plymouth, Idaho 83655<br><br>*Defendant* | Safer Watch<br>c/o RMIS, LLC<br>222 North Plymouth Ave.<br>New Plymouth, Idaho 83655<br><br>*Defendant* |
| Truckstop.com, LLC<br>Also known as Truckstop; Truckstop<br>Load Board; The Internet Truckstop<br>c/o Registered Agent<br>222 North Plymouth Ave.<br>New Plymouth, Idaho 83655<br><br>*Defendant* | Denim, Inc.<br>c/o Registered Agent<br>1444 South Entertainment Ave., Suite 110<br>Boise, Idaho 83709<br><br>*Defendant*<br><br>Magellan Transport Logistics, Inc.<br>8505 Baycenter Rd.<br>Jacksonville, Florida 32256 |
| Truckstop Factoring<br>A trade name and operating division of<br>Internet Truckstop Payments, LLC<br>c/o Internet Truckstop Payments, LLC<br>222 North Plymouth Ave.<br>New Plymouth, Idaho 83655<br><br>*Defendant*<br>Matt Wiles<br>200 Public Square, Suite 3000 | *Defendant*<br><br>MacroPoint, Inc.<br>c/o Registered Agent<br>3350 Riverwood Parkway, Suite 1900<br>Atlanta, Georgia 30339<br><br>*Defendant* |

Cleveland, Ohio 44114
mwiles@frantzward.com

*Attorney for Defendant Total Quality Logistics, LLC*

Kristin L. Bryan
James M. Brennan
1120 Ave. of the Americas
New York, New York, 100036
kristin.bryan@squirepb.com
james.brennan@squirepb.com

*Attorneys for Defendant DAT Freight & Analytics, LLC*

John Doe Brokers 1-29,061
To be identified

*Defendant*

John Doe Factoring Partners 1-100
To be identified

*Defendant*

                                                        _____
                                                        Clare R. Taft
                                                        One of the Attorneys for Defendant

Doc 3283205  Ver 1