IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA WORTHING ALVES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | |
| v. | ) | Judge |
| | ) | |
| INTERNET TRUCKSTOP PAYMENTS LLC, *et al.*, | ) ) ) | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) | |

Defendant C.H. Robinson Worldwide, Inc. ("C.H. Robinson"), by and through its undersigned counsel, and for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.13(b), hereby states as follows:

1. C.H. Robinson Worldwide, Inc. is a publicly held corporation.

2. Vanguard Group is a publicly held corporation that owns 10% or more of the stock of C.H. Worldwide, Inc.

3. There are no publicly held corporations (including their affiliates) that have a substantial financial interest in the outcome of the above-captioned case.

28137476 v1

Respectfully submitted,

*/s/ Clare R. Taft*
Eric Larson Zalud (0038959)
Clare R. Taft (0076570)
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email:
ezalud@beneschlaw.com
ctaft@beneschlaw.com

2

28137476 v1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served via regular U.S. Mail, postage prepaid, this 20th day of January 2026, upon:

Sandra Worthing Alves
b/b/a/ All Directions Trucking
MC#1710778
2550 Byron Dr.
North Olmstead, Ohio 44070
*Plaintiff*

Internet Truckstop Payments, LLC
c/o Registered Agent
222 North Plymouth Ave.
New Plymouth, Idaho 83655
*Defendant*

Internet Truckstop Group, LLC
c/o Registered Agent
222 North Plymouth Ave.
New Plymouth, Idaho 83655
*Defendant*

Truckstop.com, LLC
Also known as Truckstop; Truckstop Load Board; The Internet Trucksop
c/o Registered Agent
222 North Plymouth Ave.
New Plymouth, Idaho 83655
*Defendant*

Truckstop Factoring
A trade name and operating division of Internet Truckstop Payments, LLC
c/o Internet Truckstop Payments, LLC
222 North Plymouth Ave.
New Plymouth, Idaho 83655
*Defendant*

RMIS – Registry Monitoring Insurance Services, LLC
c/o Registered Agent
222 North Plymouth Ave.
New Plymouth, Idaho 83655
*Defendant*

Risk Factors
c/o RMIS, LLC
222 North Plymouth Ave.
New Plymouth, Idaho 83655
*Defendant*

Safer Watch
c/o RMIS, LLC
222 North Plymouth Ave.
New Plymouth, Idaho 83655
*Defendant*

Denim, Inc.
c/o Registered Agent
1444 South Entertainment Ave., Suite 110
Boise, Idaho 83709
*Defendant*

Magellan Transport Logistics, Inc.
8505 Baycenter Rd.
Jacksonville, Florida 32256
*Defendant*

MacroPoint, Inc.
c/o Registered Agent
3350 Riverwood Parkway, Suite 1900
Atlanta, Georgia 30339
*Defendant*

28137476 v1

Matt Wiles
200 Public Square, Suite 3000
Cleveland, Ohio 44114
mwiles@frantzward.com
*Attorney for Defendant Total Quality Logistics, LLC*

Kristin L. Bryan
James M. Brennan
1120 Ave. of the Americas
New York, New York, 100036
kristin.bryan@squirepb.com
james.brennan@squirepb.com
*Attorneys for Defendant DAT Freight & Analytics, LLC*

 

                                       */s/ Clare R. Taft*
                                       Clare R. Taft