# Notice of Removal (ECF No. 1)

# Exhibit 23

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>SANDRA WORTHING ALVES</u>
**Plaintiff**

V.

<u>INTERNET TRUCKSTOP PAYMENTS LLC, ET AL</u>
**Defendant**

**CASE NO.** CV25129498

**JUDGE** JOHN J RUSSO

# SUMMONS  SUMA   CM

**Notice ID:** 59362124

| From: | SANDRA WORTHING ALVES | P1 |
|---|---|---|
| | 25540 BYRON DR. | |
| | NORTH OLMSTED OH 44070 | |

| Atty.: | SANDRA WORTHING ALVES |
|---|---|
| | 25540 BYRON DR. |
| | NORTH OLMSTED, OH 44070 |

| To: | C.H. ROBINSON WORLDWIDE, INC. | D20 |
|---|---|---|
| | C/O REGISTERED AGENT | |
| | 14701 CHARLSON ROAD | |
| | EDEN PRAIRIE MN 55347-0000 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By_____
**Deputy**

Date Sent: <u>01/16/2026</u>

CMSN130

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

SANDRA WORTHING ALVES
**Plaintiff**

V.

INTERNET TRUCKSTOP PAYMENTS LLC, ET
AL
**Defendant**

**CASE NO.** CV25129498

**JUDGE** JOHN J RUSSO

# SUMMONS   SUMA   CM

**Notice ID:** 59362131

From:   SANDRA WORTHING ALVES          P1
        25540 BYRON DR.
        NORTH OLMSTED OH 44070

Atty.:  SANDRA WORTHING ALVES
        25540 BYRON DR.
        NORTH OLMSTED, OH 44070

To:     CARRIER411 SERVICES, CARRIER411.COM   D29
        REGISTERED AGENT
        50 NORTH LAURA STREET, SUITE 2600
        JACKSONVILLE FL 32202-0000

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By_____
            **Deputy**

Date Sent: <u>01/16/2026</u>

CMSN130

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>SANDRA WORTHING ALVES</u>
**Plaintiff**

V.

<u>INTERNET TRUCKSTOP PAYMENTS LLC, ET</u>
<u>AL</u>
**Defendant**

**CASE NO.** CV25129498

**JUDGE** JOHN J RUSSO

# SUMMONS  SUMA  CM

**Notice ID:** 59362128



| From: | SANDRA WORTHING ALVES | P1 |
| | 25540 BYRON DR. | |
| | NORTH OLMSTED OH 44070 | |

| Atty.: | SANDRA WORTHING ALVES |
| | 25540 BYRON DR. |
| | NORTH OLMSTED, OH 44070 |

| To: | DAT FREIGHT & ANALYTICS, LLC | D24 |
| | C/O REGISTERED AGENT | |
| | 8405 SW NIMBUS AVENUE | |
| | BEAVERTON OR 97008-0000 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** <u>01/16/2026</u>

**By**_____
**Deputy**

CMSN130

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

SANDRA WORTHING ALVES
**Plaintiff**

V.

INTERNET TRUCKSTOP PAYMENTS LLC, ET
AL
**Defendant**

**CASE NO.** CV25129498

**JUDGE** JOHN J RUSSO

# SUMMONS  SUMA  CM

Notice ID:  59362123

| From: | SANDRA WORTHING ALVES | P1 |
| | 25540 BYRON DR. | |
| | NORTH OLMSTED OH 44070 | |

| Atty.: | SANDRA WORTHING ALVES |
| | 25540 BYRON DR. |
| | NORTH OLMSTED, OH 44070 |

| To: | DENIM, INC. | D19 |
| | C/O REGISTERED AGENT | |
| | 1444 S. ENTERTAINMENT AVE STE. 110 | |
| | BOISE ID 83709-0000 | |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

By_____
**Deputy**

Date Sent: <u>01/16/2026</u>

CMSN130

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO
Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

SANDRA WORTHING ALVES
**Plaintiff**

V.

INTERNET TRUCKSTOP PAYMENTS LLC, ET AL
**Defendant**

**CASE NO.**  CV25129498

**JUDGE**  JOHN J RUSSO

# SUMMONS  SUMA  CM

**Notice ID:**  59362132

| From: | SANDRA WORTHING ALVES | P1 |
| | 25540 BYRON DR. | |
| | NORTH OLMSTED OH 44070 | |

| Atty.: | SANDRA WORTHING ALVES |
| | 25540 BYRON DR. |
| | NORTH OLMSTED, OH 44070 |

| To: | FLOCK SAFETY, FLOCK GROUP INC., | D30 |
| | FLOCK CAMERAS | |
| | C/O REGISTERD AGENT | |
| | 300 COLONIAL CENTER PKWY, STE 100N | |
| | ROSWELL GA 30076-0000 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>01/16/2026</u>

By_____
**Deputy**

CMSN130

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>SANDRA WORTHING ALVES</u>
**Plaintiff**

V.

<u>INTERNET TRUCKSTOP PAYMENTS LLC, ET AL</u>
**Defendant**

**CASE NO.** CV25129498

**JUDGE** JOHN J RUSSO

# SUMMONS  SUMA  CM

**Notice ID:** 59362129



| From: | SANDRA WORTHING ALVES | P1 |
| | 25540 BYRON DR. | |
| | NORTH OLMSTED OH 44070 | |

| Atty.: | SANDRA WORTHING ALVES |
| | 25540 BYRON DR. |
| | NORTH OLMSTED, OH 44070 |

| To: | HIGHWAY APP, INC. | D25 |
| | C/O REGISTERED AGENT | |
| | 440 NORTH WOLFE ROAD | |
| | SUNNYVALE CA 94085-0000 | |

## NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>01/16/2026</u>

By_____
**Deputy**

CMSN130

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

SANDRA WORTHING ALVES
**Plaintiff**

V.

INTERNET TRUCKSTOP PAYMENTS LLC, ET
AL
**Defendant**

**CASE NO.**  CV25129498

**JUDGE**  JOHN J RUSSO

# SUMMONS   SUMA  CM



Notice ID:  59362122

| From: | SANDRA WORTHING ALVES       P1 |
|-------|--------------------------------|
|       | 25540 BYRON DR. |
|       | NORTH OLMSTED OH 44070 |

| Atty.: | SANDRA WORTHING ALVES |
|--------|------------------------|
|        | 25540 BYRON DR. |
|        | NORTH OLMSTED, OH 44070 |

| To: | INTERNET TRUCKSTOP PAYMENTS LLC.       D1 |
|-----|--------------------------------------------|
|     | DBA DENIM, TRUCKSTOP LOAD BOARD |
|     | RMIS, SAFER WATCH |
|     | RISKFACTOR |
|     | REGISTERED AGENT |
|     | 1505 CORPORATION (DBA CSC- LAWYERS) |
|     | 2710 GATEWAY OAKS DRIVE, SUITE 150N |
|     | SACRAMENTO CA 95833-0000 |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 01/16/2026

By_____
**Deputy**

CMSN130

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

SANDRA WORTHING ALVES
**Plaintiff**

V.

INTERNET TRUCKSTOP PAYMENTS LLC, ET AL
**Defendant**

**CASE NO.** CV25129498

**JUDGE** JOHN J RUSSO

# SUMMONS
 SUMA   CM

**Notice ID:** 59362126

| From: | SANDRA WORTHING ALVES | P1 |
| | 25540 BYRON DR. | |
| | NORTH OLMSTED OH 44070 | |

| Atty.: | SANDRA WORTHING ALVES |
| | 25540 BYRON DR. |
| | NORTH OLMSTED, OH 44070 |

| To: | MACROPOINT, INC. | D22 |
| | C/O REGISTERED AGENT | |
| | 3350 RIVERWOOD PARKWAY SUITE 1900 | |
| | ATLANTA GA 30339-0000 | |

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

*Tanya Foster*

Date Sent: <u>01/16/2026</u>

By_____
**Deputy**

CMSN130

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

<u>SANDRA WORTHING ALVES</u>
**Plaintiff**

V.

<u>INTERNET TRUCKSTOP PAYMENTS LLC, ET AL</u>
**Defendant**

**CASE NO.** CV25129498

**JUDGE** JOHN J RUSSO

## SUMMONS  SUMA  CM

Notice ID:  59362125



| From: | SANDRA WORTHING ALVES<br>25540 BYRON DR.<br>NORTH OLMSTED OH 44070 | P1 |
|---|---|---|

| Atty.: | SANDRA WORTHING ALVES<br>25540 BYRON DR.<br>NORTH OLMSTED, OH 44070 |
|---|---|

| To: | MAGELLAN TRANSPORT LOGISTICS, INC.<br>REGISTERED AGENT<br>8505 BAYCENTER ROAD<br>JACKSONVILLE FL 32256-0000 | D21 |
|---|---|---|

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>01/16/2026</u>

By_____
**Deputy**

CMSN130

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO
Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

SANDRA WORTHING ALVES
**Plaintiff**

V.

INTERNET TRUCKSTOP PAYMENTS LLC, ET
AL
**Defendant**

**CASE NO.**  CV25129498

**JUDGE**  JOHN J RUSSO

# SUMMONS  SUMA  CM

Notice ID:  59362130

From:  SANDRA WORTHING ALVES          P1
       25540 BYRON DR.
       NORTH OLMSTED OH 44070

Atty.:  SANDRA WORTHING ALVES
        25540 BYRON DR.
        NORTH OLMSTED, OH 44070

To:  MOTIVE TECHNOLOGIES, GOMOTIVE.COM   D28
     FKA KEEP TRUCKING
     1505 CORP. INC. SERVICE LTD R/A
     7801 FOLSOM BLVD #202
     SACRAMENTO CA 95826-0000

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>01/16/2026</u>

By_____
                **Deputy**

CMSN130

## THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO
Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

SANDRA WORTHING ALVES
**Plaintiff**

V.

INTERNET TRUCKSTOP PAYMENTS LLC, ET
AL
**Defendant**

**CASE NO.** CV25129498

**JUDGE** JOHN J RUSSO

# SUMMONS  SUMA  CM

Notice ID:  59362127

| From: | SANDRA WORTHING ALVES          P1 |
|       | 25540 BYRON DR.                   |
|       | NORTH OLMSTED OH 44070            |

| Atty.: | SANDRA WORTHING ALVES |
|        | 25540 BYRON DR.       |
|        | NORTH OLMSTED, OH 44070 |

| To: | TOTAL QUALITY LOGISTICS, LLC  (TQL)   D23 |
|     | C/O REGISTERED AGENT                       |
|     | 4289 IVY POINTE BLVD.                       |
|     | CINCINNATI OH 45245-0000                   |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Amended Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff.  You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff for the relief requested in the **Amended Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: <u>01/16/2026</u>

By_____
**Deputy**

CMSN130



207079210

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

SANDRA WORTHING ALVES
    Plaintiff

Case No: CV-25-129498

Judge: JOHN J RUSSO

INTERNET TRUCKSTOP PAYMENTS LLC, ET AL
    Defendant

## **JOURNAL ENTRY**

CASE MGMNT CONFERENCE SET FOR 01/29/2026 AT 01:30 PM.
THIS MATTER IS SET FOR IN-PERSON CASE MANAGEMENT CONFERENCE. ALL PARTIES TO APPEAR. CASE
STATUS TO BE DISCUSSED. PLAINTIFF TO CONTINUE ATTEMPTS TO SERVE DEFENDANTS IN ACCORDANCE WITH
THE CIVIL RULES. LITIGATION SCHEDULE TO BE SET. ANY REQUEST TO CONTINUE MUST COME BY WRITTEN
MOTION AND CONTAIN MUTUALLY AGREEABLE CONTINUANCE DATES.

FAILURE OF ANY PARTY TO APPEAR AT A REGULARLY SCHEDULED COURT DATE WITHOUT PERMISSION TO
CONTINUE OR BE EXCUSED WILL RESULT IN A SHOW CAUSE HEARING AND SANCTIONS OR ADVERSE
JUDGMENT, WHICH MAY INCLUDE DISMISSAL OF CLAIMS.

_J. J. Russo_

Judge Signature          01/20/2026

01/16/2026



207078964

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

SANDRA WORTHING ALVES
    Plaintiff

Case No: CV-25-129498

Judge: JOHN J RUSSO

INTERNET TRUCKSTOP PAYMENTS LLC, ET AL
    Defendant

## <u>JOURNAL ENTRY</u>

MOTION FOR TEMPORARY RESTRAINING ORDER  EX PARTE 01/16/2026, IS MOOT. SEE PRIOR ORDER OF THIS COURT. THIS MATTER WILL BE SET FOR IN-PERSON CASE MANAGEMENT CONFERENCE UNDER SEPARATE ORDER.

_____
Judge Signature              01/20/2026

01/16/2026

**Motion No.** <u>5313684</u>

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**MOTION TO...**
**January 20, 2026 15:45**

By: KRISTIN LIESKE BRYAN 0095300

Confirmation Nbr. 3734484

| | |
|---|---|
| SANDRA WORTHING ALVES | CV 25 129498 |
| vs. | |
| INTERNET TRUCKSTOP PAYMENTS LLC, ET AL | **Judge:** JOHN J. RUSSO |

**Pages Filed:** 8

**IN THE COURT OF COMMON PLEAS**
**CUYAHOGA COUNTY, OHIO**

| | | |
|---|---|---|
| SANDRA WORTHING ALVES, | ) | Judge: JOHN J. RUSSO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. CV 25 129498 |
| | ) | |
| INTERNET TRUCK STOP PAYMENTS, | ) | |
| LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO STRIKE SECOND AMENDED COMPLAINT AND, IN THE**
**ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

Defendant DAT Solutions, LLC d/b/a DAT Freight & Analytics ("DAT") hereby moves

under Civ.R. 12(F) to strike Plaintiff Sandra Worthing Alves ("Plaintiff")'s Second Amended

Complaint of January 14, 2026, and, in the alternative, moves under Civ.R. 12(E) for a more

definite statement.

**I.    Introduction**

Plaintiff's "Second Amended Complaint" ("SAC") is 522 pages of incoherent text

incorporating narrative prose, document requests, and discovery motions all under the purported

caption of a pleading.  And in a telltale sign of a generative artificial intelligence hallucination,

Plaintiff's filing appears to quote a repeated holding attributed to the Supreme Court of the

United States.  The SAC thus seemingly disregards this Court's judge-specific requirement,

applicable to both attorneys and *pro se* litigants, that "no portion of any filing in this case will be

drafted by generative artificial intelligence or that any language drafted by generative artificial

analysis . . . will be checked for accuracy . . . by a human being before it is submitted to the

Court."  Certificate Regarding Generative Artificial Intelligence, Cuyahoga Cnty. Ct. Common

Pleas,          https://cp.cuyahogacounty.gov/media/3728/jjr-certificate-re-generative-artificial-

intelligence.pdf.  *See also* Civ.R. 11 ("The signature of an attorney or pro se party constitutes a certificate by the attorney or party that the attorney or party has read the document; that to the best of the attorney's or party's knowledge, information, and belief there is good ground to support it.").

The SAC also flouts several essential pleading requirements under the Ohio Rules of Civil Procedure, including use of numbered paragraphs, concise allegations, and a "short and plain" statement of relief.  *See* Civ.R. 8(A), 8(E) & 10(B).  There is also no enumeration of causes of action or any other intelligible structure that would allow DAT to determine which claims or allegations are being asserted against it.  Thus, the entirety of Plaintiff's SAC should be stricken for two independently sufficient reasons: its apparent use of unchecked generative artificial intelligence and its failure to satisfy fundamental pleading requirements.  In the alternative, Plaintiff should be ordered to file a more definite statement notifying DAT of the claims and allegations against it and reasonably allowing DAT to frame a responsive pleading.

## II.  <u>Procedural History</u>

Plaintiff initiated the instant action on December 10, 2025, when she filed (1) a 30-page self-described "Super Complaint," (2) a motion for an emergency *ex parte* temporary restraining order, and (3) a motion for declaratory judgment.  Plaintiff's Super Complaint named eleven defendants, including DAT.  *See* Super Complaint ¶¶ 2–12.  On December 16, 2025, this Court denied Plaintiff's motion for an emergency *ex parte* temporary restraining order.  The Court found that Plaintiff failed to comply with the filing requirements of Civ.R. 65(A) because there was "no written certification of any efforts made to give [defendants] notice of the request for a temporary restraining order or the reasons why notice is not required."  Dec. 16, 2025 Journal Entry (the "Order").  The Court also found that Plaintiff "failed to demonstrate that immediate

and irreparable injury, loss or damages will result to Plaintiff before defendants may be heard in opposition." *Id.*

The very next day, on December 16, 2025, Plaintiff filed a significantly expanded 243-page First Amended Complaint ("FAC"). Plaintiff's FAC proceeded to name seventeen defendants and, as made clear from a cursory review of the FAC, set forth intermittent, inconsistently formatted lines of text without clear identification of Plaintiff's claims and allegations. *See generally* FAC. Less than a month later, on January 14, 2026, without consulting DAT (or any other Defendant, as far as DAT is aware) and without leave of the Court, Plaintiff filed the 522-page severely deficient SAC, in clear violation of Civ.R. 15(A). *See* Civ.R. 15(A) ("A party may amend its pleading once as a matter of course within twenty-eight days . . . In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave.").

And a mere two days later, on January 16, 2026, Plaintiff filed yet another motion for a temporary restraining order. *Contra* January 16, 2026 Motion for TRO at p.5 ("This is Plaintiff's first motion for injunctive relief in this action."). Despite the Court's Order which unambiguously explained the requirements of Civ.R. 65(A), Plaintiff once again did not provide notice of her request for a temporary restraining order, nor otherwise satisfy the Order's other guidelines. *See generally* January 16, 2026 Motion for TRO at p.14 (Plaintiff describing contact with DAT with no mention of a request for a temporary restraining order).

## III.  <u>Procedural Requirements and Legal Standard</u>

This Court's judge-specific requirements, applicable to both attorneys and *pro se* litigants, provide that "no portion of any filing in this case will be drafted by generative artificial intelligence or [] any language drafted by generative artificial analysis . . . will be checked for accuracy . . . by a human being before it is submitted to the Court." Certificate Regarding

Generative    Artificial    Intelligence,    Cuyahoga    Cnty.    Ct.    Common    Pleas,

https://cp.cuyahogacounty.gov/media/3728/jjr-certificate-re-generative-artificial-intelligence.pdf.

Well-established procedures additionally provide the necessary framework for any

pleading filed in this Court.  Rule 8 of the Ohio Rules of Civil Procedure provides that pleadings

must contain "a short and plain statement of the claim showing that the party is entitled to relief"

and that every allegation must be "simple, concise, and direct."  Civ.R. 8(A), (E).  Allegations

must also "be made in numbered paragraphs, the contents of each of which shall be limited as far

as practicable to a statement of a single set of circumstances."  Civ. R. 10(B).  Moreover, the

Court "may order stricken from any pleading any insufficient claim or defense or any redundant,

immaterial, impertinent, or scandalous matter."  Civ.R. 12(F); *see also, e.g.*, *McDougald v. Ohio

Dept. of Rehabilitation and Correction*, Ct. of Cl., No. 2020-00081JD, 2020 WL 9314533, at *1

(Oct. 7, 2020) (granting motion to strike for failure to contain short and plain statement).  If a

complaint "is so vague or ambiguous that a [defendant] cannot reasonably be required to frame a

responsive pleading, he may move for a definite statement before interposing his responsive

pleading."  Civ.R. 12(E); *see also Kohls v. New Lexington City Council*, Perry C.P. No. 01 CV

475, 2002 WL 34236357 (July 5, 2002) (granting motion for more definite statement).

## IV.    Argument

The SAC should be stricken for its *(i)* use of unchecked generative artificial intelligence

and *(ii)* failure to follow pleading requirements.

### A.    The SAC Should Be Stricken For Use Of Unchecked Generative Artificial Intelligence.

The SAC should be stricken for the independent and sufficient reason that it consists of

seemingly unchecked language drafted by generative artificial intelligence.  The SAC is 522

pages—ostensibly "drafted" by a non-attorney—rife with redundant and impertinent text for pleading.

- For example, the SAC contains a proposed confidentiality order (SAC at pp.25–31),[1] discovery requests (*id.* at pp.393–407), as well as a "Motion to Compel Targeted Discovery and for Appointment of a Special Master" (*id.* at pp.408–15).

- Headings and language are also repeated with small variations throughout the filing—such as the two introductions in the SAC.  *See* SAC at pp. 6, 39.

- Page 87 appears to be a quote of a purported repeated holding of the Supreme Court of the United States that "RICO applies to any enterprise—legitimate or illegitimate—that conducts its affairs through a pattern of racketing activity." SAC at p.87.  DAT represents that this language, offset in a sans serif font typical of generative artificial intelligence chatbots, does not appear in any case (from the Supreme Court or otherwise) according to a search of Westlaw conducted by DAT's counsel prior to this filing.

- There is no enumeration of causes of action or any other intelligible structure that would allow DAT to determine which claims or allegations are being asserted against it.  There are a few references to statutes and counts, but they are contradictory.  *See, e.g.*, SAC at p.71 ("Count V — Ohio Antitrust / Restraint of Trade"), p.191 ("Count V . . . 49 C.F.R. § 371.2").

- There are also several contradictions in the relief requested against DAT. *Compare* SAC at p.433 (Plaintiff states that she "expressly does not seek disgorgement, forfeiture, or punitive remedies against DAT") *with id.* at 510–14 (Plaintiff seeks relief *inter alia* of punitive damages and disgorgement against "all Defendants, jointly and severally.").

These deficiencies appear to be the result of Plaintiff's use of artificial intelligence, and in any event, cannot be said to be the result "any language" being "checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court."  Certificate  Regarding  Generative  Artificial  Intelligence,  Cuyahoga  Cnty. Ct.  Common  Pleas,  https://cp.cuyahogacounty.gov/media/3728/jjr-certificate-re-generative-artificial-intelligence.pdf.   As such, the Court should strike the pleading.

---

[1] This Motion will refer to the page numbers stamped at the bottom of the pages of the SAC, as the SAC does not use consecutively numbered paragraphs.

**B.    The SAC Should Be Stricken For Failure To Follow Pleading Requirements.**

Plaintiff's SAC also fails to conform to numerous requirements contained in the Ohio Rules of Civil Procedure.  The pleading does not use numbered paragraphs.  *See* Civ.R. 10(B). The allegations are not "simple, concise, and direct."  *See* Civ.R. 8(E).  And 552 pages is the antithesis of a "short and plain statement."  *See* Civ.R. 8(A); *Scaccia v. Lemmie*, Montgomery C.P., No. 05-2313, 2005 WL 5568483 (July 12, 2005) (striking 70-page Complaint with 548 numbered paragraphs pursuant to Civ.R. 8(A) and Civ.R. 12(F)).[2]  On this basis alone, the claims in the SAC and the entirety of the SAC should be stricken.  *See, e.g.*, *McDougald v. Ohio Dept. of Rehabilitation and Correction*, Ct. of Cl., No. 2020-00081JD, 2020 WL 9314533, at *1 (Oct. 7, 2020) (granting Civ.R. 12(F) motion to strike for failure to contain short and plain statement).

**V.    Conclusion**

For the foregoing reasons, the entirety of Plaintiff's SAC should be stricken under Civ.R. 12(F).  In the alternative, DAT respectfully requests an order under Civ.R. 12(E) directing Plaintiff to file an amended complaint reasonably allowing DAT to frame a responsive pleading. From the SAC, DAT is unable to determine which claims are asserted against it,[3] which factual

---

[2] *See generally Felix v. Ganley Chevrolet, Inc.*, 2015-Ohio-3430, ¶ 24 ("Because the Ohio Rules of Civil Procedure are modeled after the Federal Rules of Civil Procedure, federal law interpreting the federal rule is appropriate and persuasive authority in interpreting a similar Ohio rule."); *see also Parra v. Jud. Conf. of the United States*, No. 1:25-cv-01061-UNA, 2025 WL 1233924, at *2 (D. D.C. Apr. 29, 2025) (complaint with over 400 pages and a "rambling narrative of charges and conclusions" violated Fed. R. Civ. P 8(a)); *Almudhafer v. Spotsylvania Volunteer Rescue Squad*, No. 3:25-cv-01057-RCY, 2026 WL 49652, at *2 (E.D. Va. Jan. 7, 2026) (126-page complaint violated Fed. R. Civ. P. 8(a) pleading requirements because "convoluted and redundant narratives, and intersecting legal and doctrinal conclusions asserted by the Plaintiff give rise to a landscape where, to determine the viability of Plaintiff's claims, the Court would have to engage in the improper task of articulating essential elements and devising arguments on Plaintiff's behalf").

[3] Because DAT cannot determine what claims are against it in the SAC, DAT's Civ.R. 12(B) defenses are not yet "available" and are preserved for raising in a potential future pre-answer motion.  *See generally* Civ.R. 12(G).

allegations relate to those claims, and what relief is being sought against DAT.  *See, e.g.*, *Kohls v. New Lexington City Council*, Perry C.P. No. 01 CV 475, 2002 WL 34236357 (July 5, 2002) (granting Civ.R. 12(E) motion for more definite statement where defendants were "unable to sort through all the various allegations to determine which portions actually relate to which Defendants and what cause of action the Plaintiff is pursuing.").


Dated: January 20, 2026

/s/ Kristin L. Bryan
Kristin L. Bryan (0095300)
James M. Brennan (0101670)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio  44114
Telephone: +1 216 479 8500
Facsimile: +1 216 479 8780
E-mail: kristin.bryan@squirepb.com
        james.brennan@squirepb.com

Attorneys for Defendant DAT Solutions, LLC d/b/a DAT Freight & Analytics

## <u>CERTIFICATE OF SERVICE</u>

The foregoing document is being filed via the Court's ECF filing system this 20th day of

January, 2026, and a copy served via regular U.S. mail on the following:

Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Bryron Dr.
North Olmsted, OH 44070

*Plaint₍ⱼf*

/s/ Kristin L. Bryan
Kristin L. Bryan

*One of the attorneys for Defendant DAT*
*Solutions, LLC d/b/a DAT Freight & Analytics*