# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **SANDRA WORTHING ALVES,** | CASE NO. 1:26-CV-00150 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| -vs.- | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| **INTERNET TRUCKSTOP PAYMENTS, LLC, et al.,** | |
| Defendants. | **NOTICE OF APPEARANCE OF COUNSEL** |

Defendant Magellan Transport Logistics, Inc., by and through its undersigned counsel, hereby gives notice to the Court and all parties that Attorneys Markus E. Apelis and Abigail R. Jones enter their appearance as counsel of record for Magellan Transport Logistics, Inc. All further pleadings, correspondence, and communications should be directed to the undersigned counsel as follows:

**Markus E. Apelis, Esq.**
**Abigail R. Jones, Esq.**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
Phone: (216) 241-5310
Fax: (216) 241-1608
Email: mapelis@gallaghersharp.com
ajones@gallaghersharp.com

This notice is for the convenience of the Court and the parties, and does not constitute a waiver of jurisdictional or other defenses.

Respectfully submitted,

/s/ Markus E. Apelis
**MARKUS E. APELIS (0083884)**
**ABIGAIL R. JONES (0104924)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
Phone: (216) 241-5310
Fax:    (216) 241-1608
Email: mapelis@gallaghersharp.com
       ajones@gallaghersharp.com
*Attorneys for the Defendant*
*Magellan Transport Logistics, Inc.*

2

## CERTIFICATE OF SERVICE

The foregoing **Notice of Appearance of Counsel** was filed electronically with the Court on Thursday January 22, 2026.  Notice of this filing will be sent by operation of the Court's case management and electronic case filing system.  Parties may access this filing through the Court's case management and electronic case filing system.

On that same day, a true copy of the foregoing was also sent to the following by United States mail, postage prepaid:

**Sandra Worthing Alves**
25540 Byron Drive
North Olmsted, Ohio 44070
*Plaintiff (Pro Se)*

**Internet Truckstop Payments, LLC**
**Internet Truckstop Group, LLC**
222 N. Plymouth Ave
New Plymouth ID 83655-0000
*Defendant*

**Truckstop.com, LLC**
222 N. Plymouth Ave
New Plymouth ID 83655-0000
*Defendant*

**Truckstop Factoring**
222 N. Plymouth Ave
New Plymouth ID 83655-0000
*Defendant*

**RMIS - Registry Monitoring Insurance Services, LLC**
c/o Registered Agent
222 N Plymouth Ave
New Plymouth, ID 83655-0000
*Defendant*

**Denim, Inc.**
c/o Registered Agent
1444 S. Entertainment Ave, Ste. 110
Boise, ID 83709-0000
*Defendant*

**Total Quality Logistics, LLC**
c/o Registered Agent
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245-0000
*Defendant*

**Risk Factors c/o RMIS, LLC**
222 N Plymouth Ave
New Plymouth, ID 83655-0000
*Defendant*

**Safer Watch c/o RMIS, LLC**
222 N Plymouth Ave
New Plymouth, ID 83655-0000
*Defendant*

**MacroPoint, Inc.**
c/o Registered Agent
3350 Riverwood Parkway
Suite 1900
Atlanta, GA 30339-0000
*Defendant*

**Highway App, Inc.**
c/o Registered Agent
440 North Wolfe Road
Sunnyvale, CA 94085-0000
*Defendant*

**Motive Technologies**
7801 Folsom Blvd #202
Sacramento, CA 95826-0000
*Defendant*

**Grizella, Inc.**
c/o RMIS, LLC
222 N. Plymouth Ave.
New Plymouth, ID 83655-0000
*Defendant*

    */s/ Markus E. Apelis*
    **MARKUS E. APELIS (0083884)**
    **ABIGAIL R. JONES (0104924)**
    *Attorneys for the Defendant*
    *Magellan Transport Logistics, Inc.*