UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAN 23 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Sandra Worthing Alves )
     Plaintiff(s), )
)
v. )
)
Internet Truckstop Rynnis )
     Defendant(s). )

CASE NO. 1:26-CV-00150

Honorable Dan Polster

Motion for E-filing

Now Comes Plaintiff and requests permission to access e-filing for this exclusive case above.

/s/ A. Alves