# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

FILED

JAN 23 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| SANDRA WORTHING ALVES, d/b/a All Directions Trucking, | ) ) ) ) | Case No. 1:26-CV-00150 The Honorable Dan Polster |
| Plaintiff, | ) ) | NOTICE OF APPEARANCE |
| v. | ) ) | |
| INTERNET TRUCKSTOP PAYMENTS, LLC, et al., | ) ) | |
| Defendants. | ) ) | |

1

# PLAINTIFF'S NOTICE OF APPEARANCE

## AND REQUEST FOR EARLY CASE MANAGEMENT / STATUS CONFERENCE

Plaintiff Sandra Worthing Alves, d/b/a All Directions Trucking, hereby files this Notice of Appearance and respectfully requests early case-management guidance following removal of this action from state court.

I. NOTICE OF APPEARANCE

Plaintiff appears in this action and confirms intent to proceed diligently and in good faith under the Federal Rules of Civil Procedure. Plaintiff is appearing pro se.

II. PROCEDURAL POSTURE FOLLOWING REMOVAL

This action was actively pending in the Cuyahoga County Court of Common Pleas Case No. CV-25-129498 at the time it was removed to this Court. Removal occurred prior to full procedural alignment among all parties. Plaintiff does not concede the propriety, completeness, or timing of removal, and all rights are expressly reserved.

III. REQUEST FOR EARLY CASE MANAGEMENT

Plaintiff respectfully requests that the Court consider scheduling a brief status or case-management conference or otherwise provide guidance regarding service sequencing and response deadlines.

IV. CONCLUSION

Plaintiff submits this Notice to establish appearance and facilitate orderly case alignment following removal.

Respectfully submitted,

/s/ Sandra Worthing Alves
Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com
Phone: 440-591-0354
MC #: 1710778

Date: 01/21/2026

CERTIFICATE OF SERVICE

I certify that on the date above, a true and correct copy of the foregoing was filed with the Clerk of Court for the United States District Court for the Northern District of Ohio.

/s/ Sandra Worthing Alves

3