# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA WORTHING ALVES, | ) | CASE NO. 1:26-cv-00150 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **DEFENDANT C. H. ROBINSON** |
| | ) | **WORLDWIDE, INC.'S LOCAL RULE** |
| INTERNET TRUCKSTOP PAYMENTS, LLC, *et al*., | ) | **7.1(f) CERTIFICATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rule 7.1(f), Defendant C. H. Robinson Worldwide, Inc. ("C. H. Robinson") hereby certifies that its Motion to Dismiss is filed in this standard track matter. C.H. Robinson states that the memorandum in support of its Motion to Dismiss is twenty-two- and one-half pages (22.5) pages in total, making the memorandum two and a half pages in excess of twenty (20) pages. C.H. Robinson contemporaneously filed a Motion to Exceed the page limitations set forth in Local Rule 7.1(f), *instanter*, on the grounds that the additional two and a half pages are necessary to fully address the bases for C. H. Robinson's Motion to Dismiss Plaintiff's First Amended Complaint.

28176389 v1

|  |  |
|---|---|
| **OF COUNSEL:**<br><br>**BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP** | Respectfully submitted,<br><br>*/s/ Clare R. Taft*<br>ERIC LARSON ZALUD (0038959)<br>CLARE R. TAFT (0076570)<br>**BENESCH, FRIEDLANDER, COPLAN &**<br>**ARONOFF LLP**<br>127 Public Square, Suite 4900<br>Cleveland, Ohio  44114<br>Telephone:  (216) 363-4500<br>Facsimile:  (216) 363-4588<br>Email:   ezalud@beneschlaw.com<br>              ctaft@beneschlaw.com<br><br>*Attorneys for Defendant C.H. Robinson Worldwide, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2026, a true and complete copy of the foregoing was filed electronically.  Service on all the parties of record will be made through the Court's Electronic Filing System.  The parties may access this filing through the Court's Electronic Filing System.

/s/ *Clare Taft*
CLARE R. TAFT (0076570)

*One of the Attorneys for C. H. Robinson*

- 3 -
28176389 v1