IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SANDRA WORTHING ALVES,** | ) | CASE NO. 1:26-CV-00150 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| -vs.- | ) | |
| | ) | **DEFENDANT MAGELLAN** |
| **INTERNET TRUCKSTOP** | ) | **TRANSPORT LOGISTICS, INC.'S** |
| **PAYMENTS,** *et al.*, | ) | **JOINDER IN MOTIONS TO STRIKE** |
| | ) | **AND MOTIONS TO DISMISS** |
| Defendants. | ) | |
| | ) | |

Defendant Magellan Transport Logistics, Inc., by and through its undersigned counsel, hereby gives notice of joinder in various motions to strike Plaintiff Sandra Worthing Alves' second amended complaint and motions to dismiss the plaintiff's first amended complaint.

On January 27, 2026, various defendants filed the following motions:

- Defendant DAT Solutions, LLC's Motion to Dismiss First Amended Complaint (ECF Doc. 11)

- Defendant Total Quality Logistics, LLC's Motion to Strike the Second Amended Complaint and to Dismiss Plaintiff's First Amended Complaint (ECF Doc. 15)

- Defendant C.H. Robinson Worldwide, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (ECF Doc. 17)

- Defendant C.H. Robinson Worldwide, Inc.'s Motion to Strike Second Amended Complaint (ECF Doc. 19)

Magellan Transport Logistics intends to file its own motion concerning the plaintiff's second amended complaint, as well as its response to the plaintiff's first amended complaint and has requested additional time to do so. For the sake of good order, however, Magellan Transport Logistics joins in these motions, and supports striking the plaintiff's second amended complaint and dismissal of the plaintiff's first amended complaint, in full.

        Respectfully submitted,

        */s/ Markus E. Apelis*
        **MARKUS E. APELIS (083884)**
        **ABIGAIL A. JONES (0104924)**
        GALLAGHER SHARP LLP
        1215 Superior Avenue, 7th Floor
        Cleveland, Ohio 44114
        Phone: (216) 241-5310
        Fax: (216) 241-1608
        Email: mapelis@gallaghersharp.com
        ajones@gallaghersharp.com
        *Attorneys for the Defendant Magellan Transport*

## **CERTIFICATE OF SERVICE**

The foregoing **Defendant Magellan Transport Logistics, Inc.'s Joinder in Motions to Strike and Motions to Dismiss** was electronically filed with the Court on Tuesday January 27, 2026. Notice of this filing will be sent by operation of the Court's case management and electronic case filing system. Parties may access this filing through the Court's case management and electronic case filing system.

A true copy of the foregoing was also served by United States Mail, postage prepaid, upon the following:

**Sandra Worthing Alves**
25540 Byron Drive
North Olmsted, Ohio 44070
*Plaintiff (Pro Se)*

**Internet Truckstop Payments, LLC**
**Internet Truckstop Group, LLC**
222 N. Plymouth Ave
New Plymouth ID 83655-0000
*Defendant*

**Truckstop.com, LLC**
222 N. Plymouth Ave
New Plymouth ID 83655-0000
*Defendant*

**Truckstop Factoring**
222 N. Plymouth Ave
New Plymouth ID 83655-0000
*Defendant*

**RMIS - Registry Monitoring Insurance Services, LLC**
c/o Registered Agent
222 N Plymouth Ave
New Plymouth, ID 83655-0000
*Defendant*

**Denim, Inc.**
c/o Registered Agent
1444 S. Entertainment Ave, Ste. 110
Boise, ID 83709-0000
*Defendant*

**Risk Factors c/o RMIS, LLC**
222 N Plymouth Ave
New Plymouth, ID 83655-0000
*Defendant*

**Safer Watch c/o RMIS, LLC**
222 N Plymouth Ave
New Plymouth, ID 83655-0000
*Defendant*

**MacroPoint, Inc.**
c/o Registered Agent
3350 Riverwood Parkway
Suite 1900
Atlanta, GA 30339-0000
*Defendant*

**Highway App, Inc.**
c/o Registered Agent
440 North Wolfe Road
Sunnyvale, CA 94085-0000
*Defendant*

**Motive Technologies**
7801 Folsom Blvd #202
Sacramento, CA 95826-0000
*Defendant*

**Grizella, Inc.**
c/o RMIS, LLC
222 N. Plymouth Ave.
New Plymouth, ID 83655-0000
*Defendant*

    */s/ Markus E. Apelis*
    **MARKUS E. APELIS (083884)**
    **ABIGAIL R. JONES (0104924)**
    *Attorneys for the Defendant*
    *Magellan Transport*