# IN THE COURT OF COMMON PLEAS

## CUYAHOGA COUNTY, OHIO

**Case No.: CV-25-129498**

**Plaintiff,**

**Judge:**

**HONORABLE JOHN J RUSSO**

<u>Sandra Worthing Alves</u>

d/b/a All Directions Trucking
Restraining Order
MC#1710778

**Motion for Temporary**

**Restraining Order**

**EX PARTE**

25540 Byron Dr.

North Olmsted OH 44070

**v.**

Defendant 1.
**Internet Truckstop Payments, LLC**
**Dba- Denim,Truckstop Load board,**
**RMIS, SaferWatch,**
**RiskFactor**
**Registered Agent**
1505 Corporation
(d/b/a CSC – Lawyers Incorporating Service)
2710 Gateway Oaks Drive, Suite 150N



F-001
Pages 1-24
State Exhibits
Enclosed

1

Sacramento, California 95833

**Defendant 2.**
**Denim, Inc.**
c/o Registered Agent
1444 South Entertainment Avenue, Suite 110
Boise, Idaho 83709

**Defendant 3**
**Total Quality Logistics, LLC (TQL)**
c/o Registered Agent
4289 Ivy Pointe Boulevard
Cincinnati, Ohio 45245

.

**Defendant 4.**
**John Doe Freight Brokers1-29,061**
To be identified

**Defendant 5.**
**John Doe Factoring Partners 1–100**
To be identified

**Defendant 6.**
**Motive Technologies, gomotive.com**
**f/k/a Keep Trucking**
1505 Corporation Incorporating Services LTD
Registered Agent
7801 Folsom BLVD # 202
Sacramento, CA 95826

2

Defendant 7
**Highway App, Inc.**
c/o Registered Agent
440 North Wolfe Road
Sunnyvale, California 94085

Defendant 8
**Carrier411 Services, Carrier411.com**
**Registered Agent**
50 North Laura Sreet
Suite 2600
Jacksonville, FL 32202

Defendant 9.
**Magellan Transport Logistics, Inc.**
Registered Agent
8505 Baycenter Road
Jacksonville, Florida 32256

Defendant 10.
**DAT Freight & Analytics, LLC**
c/o Registered Agent
8405 SW Nimbus Avenue
Beaverton, Oregon 97008

Defendant 11.
**Flock Safety, Flock Group Inc, Flock Cameras**
c/o Registered Agent
300 Colonial Center Pkwy, STE 100N
Roswell, GA 30076

3

Defendant 12.
**C.H. Robinson Worldwide, Inc.**
c/o Registered Agent
14701 Charlson Road
Eden Prairie, Minnesota 55347


Defendant #13
**MacroPoint, Inc.**
c/o Registered Agent
3350 Riverwood Parkway, Suite 1900
Atlanta, Georgia 30339

# PLAINTIFF'S MOTION FOR

# TEMPORARY RESTRAINING ORDER

## AND PRELIMINARY INJUNCTION

Plaintiff Sandra Worthing Alves, d/b/a All Directions Trucking ("Plaintiff"), respectfully moves this Court for the immediate issuance of a Temporary Restraining Order ("TRO") and, requests an emergency hearing for a Preliminary Injunction, restraining Defendants from continuing enterprise-wide retaliatory and exclusionary conduct that is preventing Plaintiff from operating as a federally authorized motor carrier in interstate commerce. Plaintiff has been arbitrarily blacklisted by the broker facing platforms that are all incestuously connected to the first Defendant and there is no other remedy to cure but a injunction by this Court.

This is Plaintiff's first motion for injunctive relief in this action.

---

# I. INTRODUCTION

This case arises from a systemic blacklisting mechanism operating through broker-facing freight, payment, vetting, and compliance platforms, which collectively determine whether a motor carrier may access freight, receive payment, and remain economically viable.

Plaintiff alleges that Defendants—including Internet Truckstop Payments, and affiliated or interdependent platforms such as Truckstop.com, RMIS, Highway, Total Quality Lositics  and others—operate as an enterprise that exerts centralized control over carrier eligibility across the freight market.

Adverse flags, restrictions, or reporting within this ecosystem produce cascading, industry-wide exclusion, regardless of a carrier's safety record, performance, or contractual history.

Plaintiff does not ask this Court to compel any broker to contract with her.

6

Plaintiff seeks only to restrain retaliatory, opaque, and exclusionary conduct that removes her from the marketplace without notice, explanation, or opportunity to cure, while this case proceeds.

Absent immediate relief, Plaintiff faces irreparable harm, including forced business shutdown, loss of insurance, and effective removal from interstate commerce without due process.

# II. PARTIES

1. Plaintiff Sandra Worthing Alves is an owner-operator and driver operating All Directions Trucking, a federally authorized interstate motor carrier under MC #1710778, in good standing at all relevant times.

2. Defendant Internet Truckstop Payments provides freight payment and factoring services closely integrated with broker-facing load boards and carrier-screening systems.

3. Broker Defendants, including Total Quality Logistics, Magellan, and others, rely upon shared third-party platforms for carrier eligibility determinations.

4. Broker-facing platform Defendants, including Truckstop, RMIS, Highway, and affiliated entities, function collectively as gatekeepers controlling access to freight, payment, and reputation across the industry and at scale.

7

# III. FACTUAL BACKGROUND

## A. Plaintiff's Status as a Compliant Motor Carrier

Plaintiff is a federally authorized motor carrier operating in interstate commerce. Plaintiff has hauled dozens of loads for national brokers and has not been cited for safety violations, cargo claims, or service failures relevant to the conduct at issue.

## B. Sudden Exclusion Without Notice or Explanation

On December 30, 2025, Plaintiff was informed by Total Quality Logistics that it had "chosen to part ways" with Plaintiff's company. When Plaintiff requested an explanation, she was told the reason was "proprietary" and would not be disclosed.

Plaintiff received:

- No prior notice
- No warning

8

- No allegation of misconduct

- No opportunity to cure

This was Plaintiff's first notice of exclusion.

## C. Contemporaneous Loss of Identified Freight Opportunities

At the time of the exclusion, TQL had active, identified interstate loads available—including a $2,500 lane—which Plaintiff was ready, willing, and able to haul but was prevented from accessing solely due to the exclusion.

## D. January 2, 2026 — Recorded Attempts to Cure and Continued Refusal

On January 2, 2026, Plaintiff made recorded follow-up calls to TQL seeking reconsideration and an opportunity to cure. Plaintiff was informed that:

- The decision would not be explained;

- No internal appeal existed; and

- No individual had authority to override it.

9

## E. January 2, 2026 — Recorded Denial by Magellan

Also on January 2, 2026, Plaintiff contacted Magellan regarding a posted interstate load. Plaintiff was advised she was already set up as a carrier, placed on hold, and then told the customer required additional load history. When Plaintiff asked about other loads, she was told none were available, despite multiple postings being visible.

No safety or performance issue was cited.

## F. Written Notice to Legal, Opportunity to Cure, and Silence

On January 5, 2026, Plaintiff sent a written notice to TQL Legal and Compliance providing formal notice, requesting non-retaliation, and offering a good-faith opportunity to cure. A follow-up was sent on January 6, 2026.

No response was received.

### G. January 6, 2026 — $4,000 Load Denial After Compliance Screening

On January 6, 2026, Plaintiff engaged in written communications with TQL regarding a $4,000 interstate load from Ohio to Florida. After confirming equipment, availability, and location, Plaintiff was denied the load and told to contact Carrier Relations, then told her MC was "not set up," despite prior engagement.

# IV. CONTROL-GROUP EVIDENCE: ALL PRO FREIGHT SYSTEMS, INC.

Since the exclusion described above, Plaintiff was able to haul one load for All Pro Freight Systems, Inc., a medium-sized, asset-based broker that does not engage with the broker-facing platform ecosystem used by Defendants.

All Pro:

- Has operated successfully for over 25 years;

11

- Maintains warehouses in Westlake, Cleveland, and Avon, Ohio;

- Was unaware of any blacklist affecting Plaintiff; and

- Was able to contract directly with Plaintiff without platform interference.

The load paid Plaintiff approximately $5.40 per mile, significantly above prevailing platform-anchored rates. The load was initially posted at $1,650 for 287 miles, and Plaintiff agreed to haul it for $1,550 out of necessity, as it was Plaintiff's only available work.

Plaintiff previously hauled another load for All Pro but was not paid for approximately 60 days, not due to performance issues, but because All Pro itself is unable to factor loads, indicating reverse blacklisting of asset based brokers operating outside the enterprise.

This demonstrates:

- Plaintiff remains fully capable of performing interstate freight;

- Market rates differ materially when platform controls are absent.

# V. SIMILARLY SITUATED CARRIERS: KIP COLTRIN

Plaintiff has obtained an affidavit from Kip Coltrin, a motor carrier with years of successful operating authority, who is experiencing the same pattern of exclusion.

Mr. Coltrin:

- Is not a new authority;
- Has an established operating history; and
- Faces delayed payment, inability to book loads, and cascading broker refusals linked to the same broker-facing platforms.

Plaintiff and Mr. Coltrin are similarly situated, demonstrating that the exclusion is not related to new authority status, but to enterprise-wide platform control.

# VI. PLATFORM CONTACTS, SURVEILLANCE, AND FINANCIAL ANOMALIES

Since the exclusion:

- Plaintiff was contacted by DAT by phone asking if she wished to reinstate her load board; Plaintiff declined, stating she could not afford it while blacklisted.
- Plaintiff received an email offering free load board access through a DAT-affiliated entity, which she declined.
- Plaintiff logged into Denim and discovered an unexplained $280 credit-to-cash balance, claimed by Plaintiff, with no disclosed source.
- Plaintiff was contacted by Truckstop.com, on the same day and was informed it was "very significant" she had passed six months of authority, and asked if she wished to rejoin the platform. Plaintiff declined due to the ongoing dispute and retaliation.

These contacts demonstrate ongoing surveillance, inducement, and financial opacity, while exclusion from freight persists.

---

# VII. IRREPARABLE HARM

Plaintiff faces immediate and irreparable harm, including:

- Loss of income;
- Inability to access freight;

- Delayed or withheld payments;

- Threatened loss of insurance and authority; and

- Effective removal from interstate commerce without due process.

These harms are ongoing and not compensable by money damages alone.

---

# VIII. LIKELIHOOD OF SUCCESS ON THE MERITS

Plaintiff has demonstrated a strong likelihood of success on claims including:

- Tortious interference with business and prospective economic relations;

- Civil conspiracy and enterprise liability;

- Unlawful blacklisting and retaliation;

- Unreasonable restraint of interstate commerce; and

- Coordinated exclusion through shared platforms.

---

# IX. BALANCE OF EQUITIES

Granting injunctive relief:

- Does not compel contracts;
- Does not regulate rates or lanes; and
- Preserves the status quo.

Denying relief effectively forces Plaintiff out of business before adjudication.

---

# X. PUBLIC INTEREST

The public has a strong interest in:

- Transparent access to interstate commerce;
- Preventing undisclosed blacklisting; and
- Protecting compliant motor carriers from retaliatory exclusion.

---

# XI. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1.  Issue a Temporary Restraining Order restraining Defendants from continuing retaliatory or exclusionary conduct through broker-facing platforms;

2.  Enjoin Defendants from interfering with Plaintiff's access to freight, payment, or carrier eligibility based on undisclosed criteria;

3.  Preserve the status quo pending a Preliminary Injunction hearing; and

4.  Grant such other relief as justice requires.

---

**Respectfully submitted,**

Sandra Worthing Alves

d/b/a All Directions Trucking

MC #1710778

Below is a judge-ready Exhibit Index, structured for a TRO / Preliminary Injunction filing, with Kip Coltrin's affidavit.

---

# EXHIBIT INDEX

In Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction

---

## Exhibit A

Affidavit of Sandra Worthing Alves

Owner-Operator, All Directions Trucking (MC 1710778)

(Plaintiff's sworn testimony establishing personal knowledge, authority status, delivery history, sudden exclusion, irreparable harm, and ongoing inability to access freight.)

---

**Exhibit B**

Clean Bill of Lading – December 30, 2025 Delivery (Carthage, Missouri)

(Proof of successful, undisputed performance immediately preceding exclusion; no service, safety, or delivery issues.)

---

**Exhibit C**

TQL Recorded Call Transcript – December 30, 2025 (Carrier Relations)

(Initial notice that TQL "chose to part ways" with Plaintiff immediately after delivery; refusal to provide reason; designation as "proprietary.")

---

**Exhibit D**

Text Message Exchange with TQL Broker – December 30, 2025

("Clean BOL," "Happy New Year" correspondence confirming satisfactory completion and professional standing.)

**Exhibit E**

TQL Load Posting & Booking Attempt – Medina, OH to Miami, FL ($4,000)

(Documented availability of freight Plaintiff was ready, willing, and able to haul; denial despite prior setup.)

**Exhibit F**

Email Chain with TQL Broker & Carrier Relations (January 6, 2026)

(Conflicting representations: "not set up," "reach out to carrier relations," and inability to cure.)

**Exhibit G**

Recorded Call with TQL Carrier Relations – January 2, 2026

(Admission that no one at TQL has authority to reverse exclusion; acknowledgment of internal "notes"; denial of reporting transparency.)

---

## Exhibit H

Broker Rejections Following TQL Exclusion (January 2, 2026)

Including:

- Cleveland–Jacksonville lane denial ("not a TQL thing")
- Magellan Logistics call (long hold; shifting explanations; refusal despite visible postings)

    (Demonstrates cascading broker denials through shared platforms.)

---

## Exhibit I

Notice to Cure & Notice of Court Filing Sent to TQL Legal (January 5–6, 2026)

(Good-faith attempt to resolve; preservation of rights; no response.)

---

**Exhibit J**

Certified Mail Proof of Service to TQL

USPS Receipt No. 59030764

(Service initiated prior to exclusion; delivery confirmed December 31, 2025.

Exclusion by TQL predated perfected service from the Court.

---

**Exhibit K**

Affidavit of Kip Coltrin

Owner, Crooked Arrow Trucking LLC (Established 2005)

(Independent, notarized affidavit demonstrating identical platform-driven coercion, delayed payment, and exclusion; statement against economic interest; establishes systemic enterprise conduct beyond Plaintiff.)

---

**Exhibit L**

All Pro Freight Systems Evidence

- Proof of successful haul post-exclusion

- Evidence All Pro does not utilize broker-facing platforms

- Documentation of delayed payment due to factoring blacklisting

(Demonstrates that exclusion is platform-dependent, not performance-based.)

---

## Exhibit M

Platform Contact Evidence (DAT, Truckstop, Denim)

- Solicitation to reinstate load boards despite ongoing exclusion

- Denim unexplained credit activity

(Shows continued leverage and coercive control despite asserted "business separation.")

---

## Exhibit N

FMCSA Authority Status & Compliance Records

(Confirms Plaintiff remains a federally authorized, compliant motor carrier.)

---

## Exhibit O

Timeline of Events (December 22, 2025 – Present)

(Court-ready chronological summary aligning service, delivery, exclusion, broker denials, and damages.)

◆ **TRUCKSTOP**

# Notice of Assignment

**Date:** Jun 4, 2025

**Attention: Accounts Payable**

| | |
|---|---|
| ("Client"): | **SANDRA WORTHING ALVES**<br>**ALL DIRECTIONS TRUCKING** |
| DOT #: | 4368789 |
| MC #: | 1710778 |

On June 4, 2025, Internet Truckstop Payments LLC dba Truckstop Factoring ("Truckstop") entered into a Factoring Services Agreement (the "Agreement") with Client, pursuant to which Truckstop agreed to purchase certain of Client's accounts receivable. Pursuant to the Agreement, Client has assigned to Truckstop all of its right, title and interest in all currently outstanding as well as all future accounts receivable from your company.

Pursuant to our Agreement with Client and this Notice of Assignment we request that all present and future payments be made payable and mailed/deposited directly to:

**Checks:**
Internet Truckstop Payments, LLC
PO Box 7410411
Chicago, IL 60674-0411

**UPS/FedEx Mail:**
Bank of America Lockbox Services
Internet Truckstop Payments, LLC (10411)
540 W Madison, 4th Floor
Chicago, IL 60661

**Electronic Payments:**
Bank: Bank of America
Beneficiary: Internet Truckstop Payments, LLC
Account: 8670220797
Routing Number (ACH): 071000039
Routing Number (WIRES): 026009593
SWIFT Address: BOFAUS3N
FactoringAR@truckstop.com

All payments made now or in the future must be made to Truckstop and not to Client or any other entity. Truckstop has recorded a security interest securing Client's obligations to us pursuant to Section 9-406 of the Uniform Commercial Code
**Payments made to Client or any other entity will not discharge your obligation to pay Truckstop Factoring. Payments made to any other entity may result in your liability to make a second payment.**

This notice of assignment shall remain in full force and effect until you are notified in writing by an authorized representative of Truckstop. You must ignore any attempt by the Client or anyone else to rescind this notice, by claiming for example that it was sent in error, that the Client has terminated its relationship with Truckstop or any other assertion.

If you have any doubt or questions as to whether a payment should be made to Truckstop, please contact us at factoringsupport@truckstop.com or 888-777-5543.

Sincerely,                                                           Agreed and Accepted,

_____          _____
**Internet Truckstop Payments LLC**      Owner:   Sandra M Worthing Alves
**DBA Truckstop Factoring**              Client:   **SANDRA WORTHING ALVES**
                                                   **ALL DIRECTIONS TRUCKING**

# e-Payment Confirmation – FIRST Insurance Funding – 104581467





**firstinsite**

To: Me

Jan 14, 2026  View Details ⌄

⋮

## FIRST Insurance Funding – 104581467 e-Payment Confirmation

**Thank you. This is a confirmation that we have received your electronic payment with the details listed below:**

- **Payment Entered By: Geoff Humboldt**
- **Payment Entered Time: 1/14/2026 12:31 PM**
- **Payment Source: Borrower**
- **Selected 1 Loan to make a payment on.**
- **List of Account(s)**

  104581467     SANDRA WORTHING ALVES     1,578.96
- **Bank Account Number: ************2564**
- **Reference Number: 141238055**
- **Check Number: N/A**
- **Scheduled Post Date: 1/14/2026**
- **Processing Fee: 15.00**
- **Total Amount: 1,593.96**

**For any questions regarding this transaction, please contact Customer Service at (800) 837-3707 or email csr@firstinsurancefunding.com.**

**Note: The e-Payment Cut-off time is 3:00 PM CST. Any payment made after that time will be processed on the next business day. The Scheduled Post Date indicates the date this payment will be processed to your loan. The Total Amount will be deducted from the Bank Account Number on the business day following the Scheduled Post Date.**

**We appreciate your continued trust in FIRST Insurance Funding.**

**FIRST Insurance Funding**
**450 Skokie Blvd, Ste 1000**
**Northbrook, IL 60062-7917**

**CONFIDENTIALITY NOTICE: The content of this message and any files transmitted with it is a confidential and**



**RMIS**

To:  Me

Jan 15, 2026  View Details ⌄



**Registry Monitoring Insurance Services, Inc.**

**1444 S Entertainment Ave, Ste 110**
**Boise, ID 83709**

☎ 800-400-4924

# NOTICE OF PENDING CANCELLATION

**All Directions Trucking**

**25540 Byron Dr,**

**North Olmsted, OH**
**440701901**

**RMISCarrierID:** 4997320

**MCNumber:** MC1710778

**USDOTNumber:** 4368789

**The Federal Motor Carrier Safety Administration (FMCSA) has filed a cancellation for the policy below. If this is incorrect, please contact your insurance agency/underwriter immediately to update your FMCSA filings. A cancellation may affect your certification status for the following brokers requesting monitoring through RMIS: TQL.**

## Agency on File

Aronson Group

609 8th St, De Witt,, IA 52742

563-232-6967

**Coverage Type(s):** AUTO

**Policy Number:** ARN1067669-00

**Cancellation Date:** 2/12/2026

ID #                                                              293542

Customer Name                    **TQL - Total Quality Logistics**

Rating                                                    ⭐ ⭐ ⭐ ⭐ ⭐  (5)

Status                                                          **Declined**

Credit Remaining                    0% used              **$0.00**

Jobs with Issues

Net Terms                                                      **30 days**

Average DSO  ⓘ

Average DBT  ⓘ

Funding Type




**ACORD**

SANDWOR-01     **ESALISBURY**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
1/14/2026

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Thomas Aronson | |
|---|---|---|
| Aronson Group<br>609 8th St<br>De Witt, IA 52742 | PHONE (A/C, No, Ext): (563) 232-6967 | FAX (A/C, No): |
| | E-MAIL ADDRESS: certs@aronsongroup.net | |
| | **INSURER(S) AFFORDING COVERAGE** | **NAIC #** |
| | INSURER A : **Republic-Vanguard** | 40479 |

| INSURED | INSURER B : | |
|---|---|---|
| SANDRA WORTHING ALVES DBA ALL DIRECTIONS TRUCKING<br>25540 Byron Dr<br>North Olmsted, OH 44070-1901 | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES     CERTIFICATE NUMBER:     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | ARN1067670-00 | 7/16/2025 | 2/12/2026 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 5,000 |
| | | | | | | | MED EXP (Any one person) | $ 1,000,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PRO-JECT  LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | ARN1067669-00 | 7/16/2025 | 2/12/2026 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY  X SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED  RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | PER STATUTE  OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Motor Truck Cargo | | | ARN1067671-00 | 7/16/2025 | 2/12/2026 | Limit | 100,000 |
| A | Auto Physical Damage | | | RVA1060664-00 | 7/16/2025 | 2/12/2026 | Deductible | 2,500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Cargo Deductible: $1,000

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Mahant Logistic LLC<br>270 Gable Dr<br>Avon, IN 46123 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Thomas Aronson* |

ACORD 25 (2016/03)     © 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



**2:24**  **5G**

the earliest date will be displayed.

**Please note:** If there are multiple Out-of-Service orders, the earliest date will be displayed.

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 01/13/2026. Carrier VMT Outdated.**

To find out if this entity has a pending insurance cancellation, please **click here**.

| USDOT INFORMATION | | | |
|---|---|---|---|
| **Entity Type:** | CARRIER | | |
| **USDOT Status:** | ACTIVE | **Out of Service Date:** | None |
| **USDOT Number:** | 4366789 | **State Carrier ID Number:** | |
| **MCS-150 Form Date:** | 02/27/2025 | **MCS-150 Mileage (Year):** | |

| OPERATING AUTHORITY INFORMATION | |
|---|---|
| **Operating Authority Status:** | AUTHORIZED FOR Property |
| | For Licensing and Insurance details **click here.** |
| **MC/MX/FF Number(s):** | MC-1710778 |

| COMPANY INFORMATION | |
|---|---|
| **Legal Name:** | SANDRA WORTHING ALVES |
| **DBA Name:** | ALL DIRECTIONS TRUCKING |
| **Physical Address:** | 25540 BYRON DR<br>NORTH OLMSTED, OH   44070 |
| **Phone:** | (440) 591-0354 |
| **Mailing Address:** | 25540 BYRON DR<br>NORTH OLMSTED, OH   44070-1901 |
| **DUNS Number:** | -- |
| **Power Units:** | 1 | **Non-CMV Units:** | | **Drivers:** | 1 |

**Operation Classification:**

| | | |
|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| x General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| x Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | x Grain, Feed, Hay | Agricultural/Farm Supplies |
| Building Materials | Coal/Coke | Construction |
| Mobile Homes | Meat | Water Well |
| x Machinery, Large Objects | Garbage/Refuse | |
| Fresh Produce | US Mail | |

**ID/Operations** | Inspections/Crashes In US | **Inspections/Crashes In Canada** | **Safety Rating**

**US Inspection results for 24 months prior to: 01/13/2026**

Total Inspections: 2
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to **Inspections Help** for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| **Inspections** | 1 | 2 | 0 | 0 |
| **Out of Service** | 0 | 0 | 0 | 0 |
| **Out of Service %** | 0% | 0% | % | 0% |
| **Nat'l Average %**<br>as of DATE 12/30/2025 | 22.26% | 6.67% | 4.44% | N/A |

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.

**safer.fmcsa.dot.gov** — Private

# TQL⟋ **Total Quality Logistics INC** ＋Save

■ PICK UP

## Medina, OH (30 mi)

Wednesday, January 7

□ DROP OFF

## Miami, FL

## Show Reloads  BETA

| TRIP | RATE |
|------|------|
| 1,267 mi | $4,000 |

| 7D MARKET | AGE |
|-----------|-----|
| $3,801 | 3 min |

**EMAIL**

**Notice to Cure, Notice of a Court Filing CV-25-129498**



 **Me**



To:

**Hide Details** ⌃

| | |
|---|---|
| **From** | Me **<adt@alldirections247.com>** |
| **To** | **<legalteam@tql.com>** |
| **Date** | Monday, January 5, 2026 at 3:11 PM |

Dear TQL Legal / Compliance Team,

Attached please find a written notice from All Directions Trucking (MC 1710778) regarding a recent operational issue, together with notice of a pending court filing in Cuyahoga County Court of Common Pleas, Ohio (Case No. CV-25-129498).

These documents are provided for notice purposes only and to allow TQL the opportunity to review and address the matter in good faith. Please confirm receipt at your convenience.

Thank you for your attention.

Respectfully,

Sandra Worthing Alves

**Me** 

To:

Hide Details ⌃

From      Me <**adt@alldirections247.com**>

To         <**legalteam@tql.com**>

Date      Tuesday, January 6, 2026 at 1:32 PM

Dear TQL Legal & Compliance Team,

I am writing to follow up regarding the opportunity for Total Quality Logistics to cure the issues previously raised and to resolve this matter in good faith.

I am an owner-operator and driver, operating All Directions Trucking (MC 1710778). I personally performed and delivered many loads for TQL including the completed delivery to Carthage, Missouri ON 1230/2025 which was accepted without complaint or deficiency. Only after successful delivery was I informed that TQL was "parting ways," while I was approximately 824 miles from home, and not for any performance, safety, or service-related reason.

Since that time, I have made multiple documented

Since that time, I have made multiple documented attempts to allow TQL the opportunity to cure. Instead of being addressed, the conduct has resulted in industry-wide blacklisting, where other brokers—relying on the same shared third-party platforms and reporting systems, RMIS, Highway.com Truckstop factoring —have refused to do business with me. This is not an isolated broker decision; it is a systemic exclusion that effectively removes an otherwise compliant motor carrier from the marketplace.

As an independent owner-operator, this conduct has an immediate and severe impact. Preventing a motor carrier from accessing freight lanes and broker relationships disrupts interstate commerce, interferes with existing and prospective business relationships, and undermines the lawful operation of a federally authorized carrier engaged in interstate transportation.

TQL's continued failure to address this matter raises serious concerns, including but not limited to:

1. Tortious Interference
   Actions that foreseeably cause other brokers to refuse to engage with a compliant carrier constitute interference with both existing and

1. **Tortious Interference**
   Actions that foreseeably cause other brokers to refuse to engage with a compliant carrier constitute interference with both existing and prospective business relationships.

2. **Unlawful Blacklisting and Retaliatory Conduct**
   Coordinated or platform-based exclusion extends beyond a unilateral business decision and creates downstream market effects well outside TQL's direct contractual scope.

3. **Interstate Commerce Disruption**
   The removal of an owner-operator from active lanes and broker access directly burdens interstate freight movement and commerce, particularly where no performance justification exists.

4. **Escalating and Continuing Damages**
   Each day this conduct continues, additional harm accrues, expanding both damages and the evidentiary record of notice and inaction.

This correspondence is intended to provide TQL a final, good-faith opportunity to cure, including corrective action and written confirmation that any blacklisting, retaliatory reporting, or exclusionary conduct will cease. I remain open to a reasonable, direct resolution that restores my

This correspondence is intended to provide TQL a final, good-faith opportunity to cure, including corrective action and written confirmation that any blacklisting, retaliatory reporting, or exclusionary conduct will cease. I remain open to a reasonable, direct resolution that restores my ability to operate without further interference.

This letter preserves the record of notice and good-faith efforts and does not waive any rights, claims, or remedies, all of which are expressly reserved.

Please advise whether TQL intends to engage substantively on this matter within a reasonable timeframe.

Sincerely,

Sandra Worthing Alves

Owner-Operator / Driver

All Directions Trucking

MC 1710778

📞 450-591-0354

 adt@alldirections247.com

 **Me**

To: Lear

Jan 6, 2026   View Details ⌄

  

We were set up. I've ran about 32 to 35 loads in the last four months for TQL last one Dec 30,2025 no complaints all successful deliveries.

**Sandra Worthing**
**CEO, Logistics Manager**
**All Directions Trucking**

**440-591-0354 · ADT@alldirections247.com**

• • •

 **Lear**

To: Me, Lear

Jan 6, 2026   View Details ⌄

**You'll have to reach out to carrier relations. As of now, I cannot put you on this load, sorry.**

**Ext 57000 / CarrierRelations@tql.com**

**From:** Sandy Worthing <adt@alldirections247.com>
**Sent:** Tuesday, January 6, 2026 7:01 PM
**To:** Lear <Lear@tql.com>
**Subject:** Re: RE: RE: RE: Medina to Miami



**< Back**


**Me**
53 ft Dry van, empty now. I am the driver, owner...

**Me**
No Dispatcher, Truck is in Rocky River OH Sandra...

**Lear**                                          ⋮
To:  Me, Lear
Jan 6, 2026  View Details ⌄

**This MC is not set up with us, can't use you sorry.**

**From:** Sandy Worthing <adt@alldirections247.com>
**Sent:** Tuesday, January 6, 2026 6:46 PM
**To:** Lear <Lear@tql.com>
**Subject:** Re: RE: RE: Medina to Miami

[EXTERNAL]

**No Dispatcher, Truck is in Rocky River OH**

**Sandra Worthing**

**CEO, Logistics Manager**

**All Directions Trucking**
_____

**440-591-0354**

.

**ADT@alldirections247.com**



**Me**

To:  Lear

Jan 6, 2026  View Details ⌄

 

**Send it over I can do it.**


**Sandra Worthing**
**CEO, Logistics Manager**
**All Directions Trucking**

**440-591-0354 · ADT@alldirections247.com**


• • •




**Lear**                                                          ⋮

To:  Me, Lear

Hide Details ^

From        Lear <**lear@tql.com**>
To          Me <**adt@alldirections247.com**>
            Lear <**lear@tql.com**>
Date        Tuesday, January 6, 2026 at 6:41 PM


**Please confirm you have a Dry Van.**


**Please send dispatcher/driver info and empty location**


**From:** Sandy Worthing <adt@alldirections247.com>
**Sent:** Tuesday, January 6, 2026 6:41 PM
**To:** Lear <Lear@tql.com>
**Subject:** Re: RE: Medina to Miami

# Medina to Miami



 **Me**

To:  lear@tql.com, legalteam@tql...    ⋮

Jan 6, 2026  View Details ⌄

**I'd be very happy to help you move this load tomorrow.**

**MC 1710778**



**Sandra Worthing**
**CEO, Logistics Manager**
**All Directions Trucking**

**440-591-0354 · ADT@alldirections247.com**

 **Lear**

⋮

To:  Me

Jan 6, 2026  View Details ⌄

Pick: TRIADELPHIA, WV 26059, FCFS 08:00 to 13:00
Drop: MIAMI, FL 33172, FCFS 08:00 to 12:00

Pallets of Plastic Caps, 25,000 lbs.
*Trailer must be completely dry & clean*

$4000

**From:** Sandy Worthing <adt@alldirections247.com>
**Sent:** Tuesday, January 6, 2026 6:37 PM
**To:** Lear <Lear@tql.com>; Legal Team
<LegalTeam@tql.com>

**BILL OF LADING**

**SHIPPER**
Central Coated Products, Inc.
2025 McCrea Street
Alliance, OH, 44601, USA
Marcy Hankins (330)821-9830
mhankins@centralcoatedproducts.com

**CONSIGNEE**
Carthage Dry Foods
C/O SUGARCREEK
1331 CM War Road
Carthage, MO, 64836, USA
RECEIVING (620)732-7171
Carthage_Dry_Stopby@sugar creek.com

| | |
|---|---|
| Carrier | TQL |
| Carrier PRO#: | |
| PO# | 4500145571 |

Pickup date 12/28/2025
Bill Of Lading# 98464

**Freight Charge Terms**
☑ Prepaid  ☐ Collect  ☐ Third Party

**DELIVERY REMARKS**
Accessorials: Delivery Appointment

**SPECIAL INSTRUCTIONS**
FOOD GRADE PRODUCT*******When receiving this shipment please notate any damage on the carrier's delivery receipt.******

| Handling Unit | | Package | | HM | Commodity Description | Weight* | Freight Class | NMFC# | Dimensions | | | Stack-able |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | QTY | Type | QT | | | | | | L | W | H | |
| Pallet | 22 | | 787 | | FOOD GRADE--PAPER, PAPERBOARD, PULP BOARD | 42,528 | 60 | 150560-11 | 40 | 48 | 57 | |
| Total H/U | 22 | Total Pkg | 787 | | Shipment Total Weight 42528 lbs Density 30.5 PCF Cubm 1393.3 FT³ | | | | | | | |

* Weights are total for number of handling units stated. Do not multiply weight by number of handling units.

**TRAILER MUST BE SEALED UPON DELIVERY** 0060812 3

DATE_____ 12-28-05
MAT'L SHIPPING AGREE W/P/L
TRAILER CONDITION   Good
INSPECTOR / ROBERT LACRETA  NO
SHIPMENT    CK    Problem
DETAILS:

Received by
Mingo v Bata
12-29-2025

| Shipper signature/date | Trailer Loaded: | Freight Counted: | Carrier signature/date |
|---|---|---|---|
| §172.204 This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper | ☑ By Shipper | Carrier acknowledges receipt of packages and required placards / Carriers certifies emergency response information was made available and / or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| Signature | ☐ By Driver | ☐ By Driver /Pallets said to contain | Signature |
| Date 12-28-05 | H/U Count: | Piece Count: | Date 12 28 25 |

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B)

No damages clean BOL thank you for the load. Happy New Year!

# Thank you and Happy New Year!

3:57 

 My Loads **PO# 35021572** 

### Actively Tracking 
Your tracking session will end on load completion.

## Device Location Permissions
Always

### Alliance, OH  Carthage, MO

*12/28/25*     *12/30/25*

53 ft Van

**ACTIVE**

Charles

## Rate Confirmation Comments
No comments

| TRIP | RATE |
|------|------|
| **439 mi** | **$2,500** |

| 7D MARKET | AGE |
|-----------|-----|
| **$1,453** | **0 min** |

**CALL**

**EMAIL**

## Route ^



01/07/26 1:01 PM

# All Pro Freight Systems Inc.

1006 Crocker Road, Westlake OH 44145
PH# 800-837-5779  FAX # 440-934-2255
**LOAD AND RATE CONFIRMATION**

| | | |
|---|---|---|
| CARRIER: | ALL DIRECTIONS TRUCKING | **ORDER# 894835** |
| CARRIER CODE: | ALLNOR04 | ***MUST APPEAR ON ALL BILLING*** |
| PHONE# | (440)591-0354 | |
| FAX# | - | ATTN: SANDRA |
| LOAD DATE: 01/08/26 | P/U#: DN596976 | PALLETS: 24 |
| DEL DATE:   01/09/26 | -:  - | WEIGHT:  28000 |
| | | EQUIP TYPE: Van or Flat |

**Load At:**
DINESOL PLASTICS
195 E Park Ave
-
NILES,OH/
44446

TIME: 1/8/2026 8:00:00 AM
1/8/2026 2:00:00 PM
EST PCS: 24
EST WEIGHT: 28000
COMMODITY:  UNKNOWN

****DRIVER MUST CALL
ALLPRO FOR
DISPATCH****

**Deliver To:**
IRON EAGLE EXCAVATING
1 GREEN RD
-
MECHANICSBURG,PA/CUM
17050

TIME: 1/9/2026 9:30:00 AM
1/9/2026 2:30:00 PM
EST PCS: 24
EST WEIGHT: 28000
COMMODITY:  UNKNOWN

****DRIVER MUST CALL
ALLPRO FOR
DISPATCH****

**Stop Totals:**
Total PCS:24                          Total Weight:28000

***Please Note:*** -
**Pay Summary:**

| | | |
|---|---|---|
| FLAT RATE: | $ 1550.00 | TOTAL PAY |
| FUEL SURCHARGE: | $ .00 | **$ 1550.00** |
| OTHER | $ .00 | |

**CARRIER SIGNATURE:** _____  **DATE:** 1/7/2026

Please sign and send back attention: _:_.  All accessorial charges must be pre-approved and billed with receipt and POD. In order for additional loading or unloading charges to be paid, shipper or consignee must notate them on bill of lading. Any problems, reschedules or other issues must be handled through our office. Driver/dispatchers are **NOT** to call shippers/receivers. **POD's not submitted within 24 hours will be subject to a 5% rate deduction.**

**PAYMENT:** REQUIRES A FULL LEGIBLE COPY OF THE COMPLETELY SIGNED ORIGINAL BOL / DELIVERY RECEIPT AND RATE CONFIRMATION. ANY LUMPER RECEIPTS MUST BE SUBMITTED PRIOR TO THE DRIVER'S DEPARTURE OR THEY **WILL NOT** BE REIMBURSED. PLEASE EMAIL ALL DOCUMENTS TO: BILLING@ALLPROFREIGHT.COM. MUST REFERENCE ORDER#:_ **894835** _ ON ALL CORRESPONDENCE.

Charges as shown represent all applicable charges.  No other amount will be paid.  Any additional charges must be authorized by All Pro at the time they are incurred.  A new confirmation reflecting any additional charges will be sent for authorized charges only.  Pay will not be authorized for any load that is double brokered.  A fine equal to 25% of the total pay above or an amount covering any fees assessed to All Pro by our customer, whichever is greater, will be deducted from any load where an unreported service failure has occurred or an unauthorized change has been made.

6:51 ✈

.■ 5G 🔋

< **14 of 14 Loads** ↻☰

TQL🌐 **Total Quality Logistics INC** ＋Save

■ PICK UP
# Leola, PA (51 mi)
**Friday, January 9**

▫ DROP OFF
# Macedonia, OH (22 mi)
## Show Reloads BETA

| TRIP | RATE |
|------|------|
| **348 mi** | — |

| 3D MARKET | AGE |
|-----------|-----|
| **$1,089** | **20 h 39 m** |

**EMAIL**

## Route ⌃



≡ ⬚ ⬚ ◁ ⚙
**Load Board** My Loads My Trucks Map Account

✕  **From**
   **adt@alldirections247.com**

**On Tue, 6 Jan 2026 at 7:05 PM Me wrote:**
 **Thank you**


 **Sandra Worthing**
 **CEO, Logistics Manager**
 **All Directions Trucking**

 **440-591-0354 · ADT@alldirections247.com**


 **On Tue, 6 Jan 2026 at 7:03 PM Lear wrote:**
 You'll have to reach out to carrier relations. As of now, I
 cannot put you on this load, sorry.

 Ext 57000 / CarrierRelations@tql.com

 **From:** Sandy Worthing <adt@alldirections247.com>
 **Sent:** Tuesday, January 6, 2026 7:01 PM
 **To:** Lear <Lear@tql.com>
 **Subject:** Re: RE: RE: RE: Medina to Miami

 [EXTERNAL]

 We were set up. I've ran about 32 to 35 loads in the
 last four months for TQL last one Dec 30,2025 no
 complaints all successful deliveries.

 Sandra Worthing
 CEO, Logistics Manager
 All Directions Trucking
 _____

 440-591-0354
 ·
 ADT@alldirections247.com

# ALL DIRECTIONS TRUCKING

### Motor Carrier I MC 1710778

**Date:** January 5, 2026

**Total Quality Logistics, LLC (TQL)**
Legal / Risk Management
4289 Ivy Pointe Blvd
Cincinnati, OH 45245

**Re: Notice of Concern, Non-Retaliation, and Opportunity to Cure**

I am writing to formally notify TQL of a serious concern affecting my motor carrier, **All Directions Trucking (MC 1710778)**, and to provide TQL an opportunity to address and cure the issue in good faith.

All Directions Trucking has successfully hauled freight for TQL on **thirty-four (34) occasions** with **zero complaints, claims, or service failures**. Most recently, my company successfully completed a delivery to **Carthage, Missouri** without incident or issue.

On **December 30**, I was denied a load and informed of an issue while **824 miles from home**. This denial caused immediate operational and financial harm to my business and resulted in personal hardship.

Prior to this denial, my company received **no notice, warning, explanation, or opportunity to respond**, and no reason was provided indicating that my carrier was being restricted, flagged, or effectively blacklisted.

It appears this denial may be related to interconnected broker-facing platforms, including RMIS and Truckstop.com, which operate within a shared data and compliance ecosystem. I am not asserting intent or wrongdoing by TQL; however, these systems appear capable of producing adverse outcomes for carriers without clear notice or due process.

**Non-Retaliation While Legal Remedies Are Pursued:**
I am currently seeking lawful remedies and clarity before the court. During this time, I respectfully request that TQL not retaliate against my company in any form, including denial of freight, negative remarks, adverse data entries, or actions that impair my company's reputation or ability to operate.

**Crooked Arrow Trucking LLC**

**7526 Hwy 1133 Sulphur, LA**

01-06-25

DOT# 2533059

To Whom It May Concern,

My name is Kip Coltrin. I am the owner of Crooked Arrow Trucking LLC founded October 2005. In 2017 or close to that, I enlisted the services of TruckStop for their load board. As time went on, in the early part of 2022, I decided to begin using their factoring service TruckStop Factoring to enhance our cash flow streams, and avoid being sidelined by non or slow pay customers. I was "sold" their product under the pretense that the only binding terms to the agreement was that upon signing up, I had to factor a minimum of $10,000, but I was not unable to receive direct payments from customers, and that after the $10,000 was met- I could opt out at my choosing. That didn't take long... Fast forward to December, 2025. I hauled a load on December 8th from Mansfield LA to Boyce, LA. This load was factored on or about the 9th. At pickup, I was involved in a non-fault accident which required me to seek medical attention, which kept me from sending for factoring, upon completion of the load. With the doctor visits, x-rays, MRI's, pain management visits etc., I did not notice that my expected payment of $1,200 minus 2.99% factoring fee had not been made... I began to call Truckstop to find out that they had sold out or acquired a different company- Denim. I spent about ten days back and forth on the phone with these people being lied to, stalled, endless excuses, portrayals that I WAS THE REASON payment had not been made, etc. Because of the accident I was still out of work and the truck did not move from the night of December 8 until the day of December 30th of 2025. I booked a load with Acme supply chain solutions from Sulphur, LA to Greenville, TX. I hauled a Cat 320 trackhoe for a store transfer. I delivered the next morning at about 9:30am. Upon completion, I had to do a google search to figure out "how" to send my load submission. As is customary with TruckStop, and their New Subsidiary Denim, they try to herd you into an e-mail only communication, This system puts the TRUCKER(s) at a deficit because if we're sending e-mails- WE'RE NOT MOVING and making money. After about twenty minutes of searching, I found an e-mail address to send factoring submissions, instead of the computer system, with hopes that a PERSON, NOT a computer system, would process my load submission. Upon sending, I IMMEDIATELY began receiving kickback emails! These e-mails are wholly designed to delay a simple process. The e-mail said that information was missing. That is an impossibility considering I've done HUNDREDS of submissions and never incurred that issue before unless by my OWN FAULT I managed to forget something. Upon receiving this, I re- submitted the load (5 times) and did a big write-up so that someone would realize what was happening (A FAULT ON THEIR SIDE, OR WITH THEIR SYSTEM) and make correction to facilitate the simple process of getting me paid. This was NOT the case... I have spent many days on the phone with these scandalous people, Wednesday the 31st, Thursday the 1st, Friday the 2nd, Monday the 5th. and today the 6th of January 2025 trying to get resolve. Their method of operation is to keep you jumping through hoops. Each time you ask a direct question to find out what you need to do- THEY CHANGE IT!! This is what has happened on each call since Wednesday the 31st!!!

Today however, I called at 12;00pm CST which would be 10:00MTN, got a rep on the phone, and received TOTALLY different information today than I received yesterday from a supervisor named Trin. I cannot guarantee that that is her actual name because I have caught them giving different names throughout a call... I finished the 12:00pm call only to call back at 1:01pm WITH the Accounts Payable Supervisor (Amanda) from Acme Supply Chain Solutions added to the call. I got a rep on the phone and when the run-around started, I shut her down and positioned her as if I was a lawyer, and she were on the stand. I caught her in over 7 lies for which she was contradicting herself, something which Amanda caught, and told her as well. I MADE HER send an e-mail to Amanda with their confirmation request so that she could respond in real-time which would confirm Amanda's identity, and ALSO make for real-time discussion of having a TruckStop rep readily available, instead of calling back, and having to wait upwards of 45 minutes to get yet another incompetent and PURPOSELY STALEMATING person on the line. In requesting this we were told she had sent the necessary e-mail, that which neither I, nor Amanda have received as of yet, being now 3:39pm CST at the time of this writing. We did however either wear her down or collectively put fear of a forth coming lawsuit for damages, lost wages, etc., that of which I advised her would surely come, because approximately an hour later- I FINALLY RECEIVED PAYMENT!! In the past days, I posted on FB in the trucking forum Heavy Haul Nation, requesting of others to advise if they too were receiving the kind of run around from TruckStop that can QUICKLY put an independent out of business, and the response has been paramount. This Company has a MONOPOLY on the Trucking Industry and is causing SEVERE DAMAGE to the United States Supply chain considering the data that shows it, as well as the NATIONWIDE CONVERSATIONS that Owner Operators are having on the CB, the truck stops, social media, and over the phone, not to mention- IN PERSON!!

I HIGHLY REQUEST that this matter be dealt with SWIFTLY by the court of law that will receive this. Should anyone from the court have further questions or need direct input, I make myself FULLY AVAILABLE though I know the tactics implored by companies such as this by way of bad remarks on Carrier 411, lack of availability to utilize a load board (that which we PAY A FEE to access!) and even the e-mail chains that they use to rein supreme against Truckers who stand up for their rights, and also the rights of their Brothers and Sisters of the Highway! The VERY PEOPLE THAT MOVE THIS NATION!! I sacrificially offer myself and my business of twenty eight years to find a remedy that will protect this Nation from the foreign invaders that are involved in illicit and unfair business practices meant to harm this Country, and am willing to take the hit that I FULLY ANTICIPATE!! ENOUGH IS ENOUGH!! Thank You for your time and willingness to read and receive this first person testimony regarding this matter!

Sincerely,

Kip Coltrin- Crooked Arrow Trucking LLC

(337)304-8733 or kipkcte@yahoo.com

Crooked Arrow Truck LLC
President
01-06-2025

Sworn to and subscribed before me on this 6th day of Jan 2026

Notary Public in and for the Parish of Calcasieu State of Louisiana

Karen T. Morris
Notary Public ID # 67927
Calcasieu Parish, LA
Commission Expires at Death

# AFFIDAVIT OF SANDRA WORTHING ALVES

STATE OF OHIO )

: ss

COUNTY OF CUYAHOGA )

I, Sandra Worthing Alves, being first duly sworn according to law, hereby state as follows:

1. I am the Plaintiff in this action and submit this Affidavit in support of my Motion for Temporary Restraining Order and Preliminary Injunction.
2. I am the owner and operator of All Directions Trucking, a federally authorized motor carrier operating under MC #1710778.
3. I have personal knowledge of the facts stated herein and, if called to testify, could competently do so.
4. In December 2025, my motor carrier authority was active and in good standing, and I was lawfully hauling freight in interstate commerce.
5. On December 30, 2025, I successfully delivered a load for Total Quality Logistics in Carthage, Missouri, with no safety issue, service complaint, or delivery dispute.
6. Immediately after that successful delivery, I contacted Total Quality Logistics regarding a nearby available load paying approximately $2,500, which I was ready, willing, and able to haul.
7. At that time, I was informed that I was no longer eligible to receive loads, without advance notice, written explanation, or allegation of misconduct.
8. I was told that the issue was not broker-specific and that further details were "proprietary."
9. As a result, I was unable to secure the nearby $2,500 load and was forced to deadhead approximately 824 miles home with no freight, causing immediate financial loss.
10. I promptly attempted to resolve the situation in good faith, including:

- Seeking clarification and an opportunity to cure;
- Sending communications to legal and operational contacts at Total Quality Logistics;
- Attempting to book a subsequent load paying approximately $4,000, which I was also unable to secure.

11. Following these efforts, I experienced a sudden and widespread inability to obtain loads from multiple brokers, not limited to a single company.

12. Load boards, onboarding systems, and broker communications reflected an abrupt and coordinated refusal to engage with my carrier.

13. I have never been informed of any safety violation, regulatory noncompliance, or legitimate performance issue that would justify this exclusion.

14. Based on my experience in the industry, I believe this exclusion resulted from retaliatory and coordinated signaling through shared broker-facing platforms and reputation or compliance systems that materially affect a carrier's access to freight.

15. I have no meaningful ability to view, contest, or correct any negative designation, flag, or reputational entry affecting my carrier.

16. As a sole-proprietor carrier, continued exclusion from freight access threatens the immediate viability of my business, my ability to maintain authority and compliance, and my livelihood.

17. The harm I am experiencing is ongoing and irreparable absent intervention by this Court.

18. I am prepared to support this Affidavit with exhibits, including call transcripts, emails, screenshots of load attempts, and other records demonstrating the timing, scope, and retaliatory nature of the exclusion.

I declare under oath that the foregoing is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Sandra Worthing Alves

d/b/a All Directions Trucking

MC #1710778

Sworn to and subscribed before me this __7__ day of __January__, 2026.

Notary Public

State of Ohio

My Commission Expires: __11-26-28__

NIKKI NINGARD
Notary Public, State of Ohio
My Commission Expires:
NOVEMBER 26, 2028

< **Inbox**

☑ **Denim Cash Payout Approved!**                    ☆

**Denim**

To: Me

Jan 9, 2026 **View Details** ⌄



> **denim**

Your request for a Denim Cash payout has been approved for payment. Your payment will process over the next business day.

**Amount requested:** $280.00
**Amount approved:** $280.00
**Date requested:** 2026-01-09
**Date approved:** 2026-01-09

Notes: N/A

Login to view your request details

**View Request**

If the button above doesn't work, please use the link below or copy and paste it into your web browser.

https://app.denim.com/dashboard/request-center/171807

Feel free to respond to this email if you have any

◀ Reply          ◀ Reply All          ▶ Forward

9:42 ⏱

5G

< **Inbox**

# You're Pre-Qualified: Exclusive Invitation to Join the Convoy Platform

⋮

**DAT**
To: Me
Jan 8, 2026   View Details ⌄



Hi Sandra,

Based on your status and history with DAT, you've been pre-qualified for free access to the Convoy Platform — now part of the DAT product family.

How It Works:
The Convoy Platform operates through an easy-to-use mobile app, making it simple to search, book, and haul loads on the go. It's designed to complement your DAT membership — giving you another powerful tool to find freight and keep your trucks moving profitably.

**Claim Your Access**

More on the Convoy Platform

◄ **Reply**          ◄ **Reply All**          ➡ **Forward**

December 30, 2025 at 4:53P

# Call Recording

## Call Recording
Dec 30, 2025 at 4:5...

 Play

Phone Call · 2m

Preview

↳ Company name requested;
operational sales team will assist;
TQL parted ways with company;
recording for court

# Research and Monitor Motor Carriers Using Big Data

Want to research trucking companies and qualify carriers in a snap? We make it a breeze for you to simplify carrier selection and manage carrier compliance. Effortlessly find trucking companies anywhere in the United States, Canada and Mexico. Unlock hidden capacity, increase productivity, identify reliable carriers, avoid problem carriers, improve operations, protect your business, and safeguard customers.

Boost Carrier Sales and Manage Carrier Compliance for $99 Per Month Get the competitive advantage you need to choose the best carriers in today's challenging freight market. See how our blazing fast technology and five-star information puts you ahead of the game. Our affordable pricing starts at only $99 per month. No contracts. No gimmicks. Free 30-Day Trial.

- 1,836,425 Companies Monitored
- Historical FMCSA Data Since 2005
- FMCSA Authority and Insurance
- FMCSA Carrier Safety Ratings
- FMCSA BASIC Percentile Scores
- FMCSA Inspections, Violations & Crashes
- FMCSA OOS Information & Census Data
- 180,810 FreightGuard Reports

- Artificial Intelligence Analysis
- Due Diligence Certificates
- Extensive Carrier Analytics
- Powerful Carrier Search Features
- Carrier Risk Zone Identification
- Double Brokering Protection
- Carrier Fraud Risk Analysis
- Unbeatable Customer Service

Carrier411 is your carrier selection powerhouse. People in carrier sales and carrier qualification love us. We deliver so much more than just core information about carriers. Our powerful software as a service platform is designed to protect the logistics industry. Can you afford not to protect your business?

We are considered an essential service for freight brokers and shippers. Carrier411 has everything you need to find trucking companies and select the right carriers. But we also have what you need to avoid choosing the wrong carriers. Join thousands of logistics professionals that use our platform every day.

We make it easy to uncover important information that trucking companies really don't want you to know. Reduce your chances of

carrier411.com — Private

10:59 ✈                                    ••| | 5G<sub>C</sub><sup>U</sup> ⬭

# Account Eligibility Required

Carrier411 is not a service for trucking companies. We will not talk to carriers about anything, and we do not allow accounts for these business types:

- 👎 Trucking Companies
- 👎 Dispatch Services
- 👎 Attorneys and Law Firms
- 👎 Business Consultants
- 👎 Authority Services
- 👎 Compliance Services
- 👎 Staffing Agencies
- 👎 Outsourcing Services

Ineligible businesses that attempt to create accounts get blocked and cannot get access to our platform. So don't even try to create a trial. All blocked phone calls from carriers are displayed for customers.

# We Protect the Logistics Industry

We are very particular about who we allow to access our platform and only allow accounts for qualified companies located in the United States or Canada.

Accounts and user access to the site are allowed at our discretion. We protect the logistics industry and monitor account activity. We also strictly enforce our Terms and Conditions for every account.

We geo-restrict accounts for security purposes and to prevent unauthorized account access. We do not tolerate any abuse or improper use of our platform.

We detect and block unauthorized account access attempts from data centers, proxy servers, VPNs, SD-WANs and foreign countries.



# Authentication

## Message sent to (\*\*\*\*\*\*\*54)

Enter the passcode you received.

LOGIN

Resend passcode

9:12

5G





# Access restricted based on your location

**Our app currently supports users in the US, Mexico, and Canada.**

**If you're in one of these countries, your VPN might be set to a different location. Try turning it off or switching to a supported region.**

**BACK TO LOGIN**

**Need help? Contact Support**

**Your session has expired** ✕

3:57   .ıll 5G⅗ 🔋

# My Loads

**All**          **Active**          **Future**          **Delivered**

## Device Location Permissions
Always

  **Active**

• **Alliance, OH**
Sun, Dec, 28, 2025

◎ **Carthage, MO**
Tue, Dec, 30, 2025

**Trailer** 53 ft Van

**PO#** 35021572

**Contact** Charles

📞 **Call TQL**



**Broker Feedback?**
__Did they meet your__
__expectations?__

3:57

**5G**

< **1 of 78 Loads** 



**TQL** **Total Quality Logistics INC**

SAVED ▼

**PICK UP**
# Neosho, MO (31 mi)
**Tuesday, December 30**

**DROP OFF**
# Lakin, KS
**Show Reloads** **BETA**

| TRIP | RATE |
|------|------|
| **439 mi** | **$2,500** |

| 7D MARKET | AGE |
|-----------|-----|
| **$1,453** | **0 min** |

**CALL**

**EMAIL**

# Route



**Load Board**  My Loads  My Trucks  Map  Account

Central Coated™

# BILL OF LADING

**SHIPPER**
Central Coated Products, Inc.
2025 McCrea Street
Alliance, OH, 44601, USA
Marcy Hankins (330)821-9830
mhankins@centralcoatedproducts.com

**CONSIGNEE**
Carthage Dry Foods
C/O SUGARCREEK
1331 Civil War Road
Carthage, MO, 64836, USA
RECEIVING (620)232-7171
Carthage_Dry_Supply@sugar-creek.com

| Carrier | TQL | Pickup date 12/28/2025 |
| Carrier PRO#: | | Bill Of Lading# 98464 |
| PO# 4500145571 | | |

**Freight Charge Terms**

[✓] Prepaid  [ ] Collect  [ ] Third Party

**DELIVERY REMARKS**
Accessorials: Delivery Appointment

**SPECIAL INSTRUCTIONS**
FOOD GRADE PRODUCT*****When receiving this shipment please notate any damage on the carrier's delivery receipt.*****

| Handling Unit | | Package | | HM | Commodity Description | Weight* | Freight Class | NMFC# | Dimensions | | | Stack-able |
| Type | QTY | Type | QT | | | | | | L | W | H | |
| Pallet | 22 | | 787 | | FOOD GRADE--PAPER, PAPERBOARD, PULP BOARD | 42,528 | 60 | 150560-11 | 40 | 48 | 57 | |
| Total H/U | 22 | Total Pkg | 787 | | Shipment Total Weight 42528 lbs | | Density | 30.5 PCF | Cube 1393.3 FT³ | | | |

* Weights are total for number of handling units stated. Do not multiply weight by number of handling units.

## TRAILER MUST BE SEALED UPON DELIVERY *00608123*

DATE _12-28-25_

MAT'L SHIP/REC AGREE W/P/L

TRAILER CONDITION _Good_

INSECTS / RODENT / ACRETA _NC_

SHIPMENT: ✓OK   Problem

DETAILS:

*Received BY*
*Mingo Vbaze*
*12-29-2025*

**Shipper signature/date**

§172.204 This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature _[signature]_

Date _12-28-25_

**Trailer Loaded:**
[✓] By Shipper
[ ] By Driver

**Freight Counted:**
[✓] By Shipper
[ ] By Driver / Pallets said to contain
[ ] By Driver / Pieces

H/U Count: _____

Piece Count: _____

**Carrier signature/date**
Carrier acknowledges receipt of packages and required placards / Carriers certifies emergency response information was made available and / or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Signature _[signature]_

Date _12-28-2025_

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B)



**TOTAL QUALITY LOGISTICS**

## TQL RATE CONFIRMATION FOR PO# 35021572

### FIND YOUR NEXT LOAD BY VISITING
CARRIERDASHBOARD.TQL.COM

TO ENSURE PROMPT PAYMENT, SUBMIT THIS RATE CONFIRMATION, COMPLETE BOL(S)/POD, RECEIPTS AND OTHER APPLICABLE PAPERWORK WITHIN 24 HOURS OF DELIVERY TO CINVOICES@TQL.COM. FOR OTHER OPTIONS, SEE NEXT PAGE.

### TQL CONTACT INFO

| Name | Phone | Email | Fax |
|---|---|---|---|
| Charles Freeman | 800-580-3101 x37062 | CFreeman@TQL.com | |

### CARRIER CONTACT

*Office Staffed 24/7*

| MC#/DOT# | Name | Phone | Terms | Fax |
|---|---|---|---|---|
| 1710778 / 4368789 | All Directions Trucking (oh) | 440-591-0354 | 28DAYS | 440-591-0354 |

**Address**

TRUCKSTOP FACTORING (INTERNET TRUCKSTOP) - FCM PO BOX 7410411   CHICAGO, IL 60674-0411

| Dispatcher | Driver | Truck # | Trailer # |
|---|---|---|---|
| Sandra | Advise | | |

### LOAD INFORMATION

| Rate | Type | Unit | Quantity | Total |
|---|---|---|---|---|
| $2,300.00 | Line Haul | Flat | 1.0000 | $2,300.00 |

*Rates that are based on weight or count will be calculated from the quantities loaded.*

**Total: $2,300.00 USD**

| Mode | Trailer Type | Trailer Size | Linear Feet | Temperature | Pallet/Case Count | Hazmat | Load Requirements |
|---|---|---|---|---|---|---|---|
| FTL | Van | 53 ft | | | 23 pallets/0 cases | Non-Hazardous | |

**Special Temp Instructions**                                                                     **LxWxH**

| Pick-up Location | Date | Time |
|---|---|---|
| Alliance, OH | 12/28/2025 | FCFS 16:00 to 22:00 |

### Commodities:

| Pick Up # | Quantity | Unit | Commodity | Notes |
|---|---|---|---|---|
| 1 | 1 | Truckload | Waxed paper | |

| Delivery Location | Date | Time |
|---|---|---|
| Carthage, MO | 12/29/2025 | Appt 11:00 |

### CARRIER RESPONSIBLE FOR

**Unloading**  None w/ valid unloading receipt    **Pallet Exchange**  None    **Estimated Weight**  44000



T   Q   Y   L

