

F-002

Carrier411 - Qualify and Monitor Carriers for Safety and Compliance



SPOT CHECK    MY CARRIERS    MY ALERTS    INTRASTATE    CARRIER LOCATOR    LANE LOCATOR    BROKER LOCATOR

**SUBMIT FREIGHTGUARD REPORT**
ENTER NUMBER WITHOUT MC FF MX PREFIX
ENTER DOCKET     SUBMIT

**SEARCH BY DOCKET NUMBER**
ENTER NUMBER WITHOUT MC FF MX PREFIX
ENTER DOCKET     SEARCH

**SEARCH BY USDOT NUMBER**
ENTER NUMBER WITHOUT LEADING ZEROS
ENTER USDOT     SEARCH

## MC1710778   USDOT 4368789

MONITORED SINCE 1/19/26

**SANDRA WORTHING ALVES**
**DBA ALL DIRECTIONS TRUCKING**

AUTHORITY PENDING REVOCATION

**1 TRUCK REPORTED   1 INSPECTION   STARTED FEB 27, 2025**

**1 TRUCK INSPECTED   1 TRAILER INSPECTED**

VIEW DECODED TRUCK     VIEW DECODED TRAILER

**BUSINESS ADDRESS**
25540 BYRON DR
NORTH OLMSTED, OH 44070

**PHONE** (440) 591-0354
**EMAIL** ADT@ALLDIRECTIONS247.COM
**CONTACT** SANDRA WORTHING ALVES

Create Due Diligence Certificate

**DUE DILIGENCE**

### FreightGuard Reports

No reports submitted about this carrier.

SUBMIT FREIGHTGUARD REPORT

### Carrier Qualification Guidelines

These guidelines help you qualify the company if you consider using it as a motor carrier.

| BASIC PERCENTILE SCORES | CAUTION |
| CARRIER SAFETY RATING | GOOD |
| CARRIER AUTHORITY | CAUTION |
| INSURANCE COVERAGE | GOOD |

**DDID**

### Carrier Qualification Company Policy

This company requires management review based on Carrier Qualification Settings.

POLICY     MANAGEMENT REVIEW

### RELATED COMPANIES DETECTED

Our artificial intelligence engine detected this company is related to companies that have active or inactive carrier or broker authority or companies applying for new authority. Fraud Prevention Searches analyze archived FMCSA authority data since January 2005. Some searches are also based on current FMCSA census data that is updated every morning.

### FRAUD PREVENTION SEARCHES

Archive Phone Search     Email Address Search     Ohio Secretary of State
Archive Fax Search       Fraud Alert Search
Contact Name Search      Contact Information Search

## FMCSA Census Data Changes

We started updating and archiving FMCSA census data every morning since September 2, 2024.

Our artificial intelligence engine monitors FMCSA census data for changes that may signal identity theft and fraudulent activity. Census data is based on information provided to FMCSA using form MCS-150.

We monitor FMCSA census data for changes to company names, granular address information, phone and fax numbers, fleet sizes, email addresses, and contact names.

FMCSA releases census data every morning, but they impose a 5-day delay between the MCS-150 form submission date and FMCSA census data release date.

Scammers have found ways to exploit FMCSA census data by fraudulently submitting form MCS-150.

Identity theft is a serious problem, and it continues to get worse as fraud schemes evolve. There has been a dramatic increase in the identity theft of carriers, brokers and shippers. Identity theft fraud usually results in double brokered loads, hostage loads, quick pay scams, misdirected payments and stolen freight.

### Broker Qualification Guidelines

These guidelines help you qualify the company if you consider using it as a freight broker. FMCSA requires property brokers to have active broker authority and a $75,000 bond or trust fund.

| BROKER AUTHORITY | ISSUE |
| BOND OR TRUST FUND | ISSUE |

### Forwarder Qualification Guidelines

These guidelines help you qualify the company if you consider using it as a freight forwarder. FMCSA requires freight forwarders to have active contract authority and a $75,000 bond or trust fund.

| FORWARDER AUTHORITY | ISSUE |

Carrier411   Qualify and Monitor Carriers for Safety and Compliance

## 1 CENSUS DATA RECORD DETECTED

MCS-150 data was last submitted February 27, 2025. There were no other archived records to evaluate.

Show 25 Changes     Search:

| CHANGE DATE | DATA CHANGE | NEW INFORMATION |
|---|---|---|
| FEBRUARY 27, 2025 | COMPANY NAME | SANDRA WORTHING ALVES |
| FEBRUARY 27, 2025 | DBA NAME | ALL DIRECTIONS TRUCKING |
| FEBRUARY 27, 2025 | BUSINESS STREET | 25540 BYRON DR |
| FEBRUARY 27, 2025 | BUSINESS CITY | NORTH OLMSTED |
| FEBRUARY 27, 2025 | BUSINESS STATE | OH |
| FEBRUARY 27, 2025 | BUSINESS ZIP | 44070 |
| FEBRUARY 27, 2025 | PHONE NUMBER | (440) 591-0354 |
| FEBRUARY 27, 2025 | CELL NUMBER | NO DATA PROVIDED |
| FEBRUARY 27, 2025 | FAX NUMBER | NO DATA PROVIDED |
| FEBRUARY 27, 2025 | MAIL STREET | 25540 BYRON DR |
| FEBRUARY 27, 2025 | MAIL CITY | NORTH OLMSTED |
| FEBRUARY 27, 2025 | MAIL STATE | OH |
| FEBRUARY 27, 2025 | MAIL ZIP | 44070 |
| FEBRUARY 27, 2025 | FLEET SIZE | 1 |
| FEBRUARY 27, 2025 | EMAIL ADDRESS | ADT@ALLDIRECTIONS247.COM |
| FEBRUARY 27, 2025 | PRIMARY CONTACT | SANDRA WORTHING ALVES |
| FEBRUARY 27, 2025 | SECONDARY CONTACT | NO DATA PROVIDED |
| CHANGE DATE | DATA CHANGE | NEW INFORMATION |

Showing 1 to 17 of 17 Changes     Previous 1 Next

## FMCSA Authority Data Recent Contact Changes

### DUE DILIGENCE

FMCSA maintains separate data sets for authority data and census data. It is not uncommon to find discrepancies in company contact information between the two different FMCSA data sets.

### NO RECENT CONTACT CHANGES IN FMCSA AUTHORITY DATA

No contact information changes to FMCSA authority data were detected within 90 days.

Authority and insurance data is automatically updated every morning as soon as FMCSA releases data.

In addition to monitoring FMCSA census data changes, our artificial intelligence engine also monitors FMCSA authority data for recent changes to company names, phone numbers, fax numbers, business addresses, and mail addresses.

FMCSA Authority Data Contact Change History

Identity theft is a serious problem, and it continues to get worse as fraud schemes evolve. There has been a dramatic increase in the identity theft of carriers, brokers and shippers. Identity theft fraud usually results in double brokered loads, hostage loads, quick pay scams, misdirected payments and stolen freight.

---

BOND OR TRUST FUND     ISSUE

### Carrier Operation

The following information was provided when the company submitted Form MCS-150 to FMCSA.

☑ **INTERSTATE**
  INTRASTATE ONLY (HAZMAT)
  INTRASTATE ONLY (NON-HAZMAT)

### Hazardous Materials Carrier

FMCSA records indicate this carrier has transported hazardous materials within the last 24 months.

☑ **HAZARDOUS MATERIALS**

Search PHMSA Registration

### Cargo Authorization

The following information was provided when the company submitted Form MCS-150 to FMCSA.

| PROPERTY | PASSENGER | HOUSEHOLD |
|---|---|---|
| **YES** | **NO** | **NO** |

### Fleet Overview

The following information was provided when the company submitted Form MCS-150 to FMCSA.

| MILEAGE | MCS-150 FILED |
|---|---|
| **NA** | **FEB 27, 2025** |
| POWER UNITS | DRIVERS |
| **1** | **1** |
| LEASED TRUCKS | LEASED TRAILERS |
| **NA** | **NA** |
| OWNED TRUCKS | OWNED TRAILERS |
| **1** | **1** |

### Operation Classification

The following information was provided when the company submitted Form MCS-150 to FMCSA.

☑ **AUTHORIZED-FOR-HIRE**
  EXEMPT-FOR-HIRE
  PRIVATE (PROPERTY)
  PRIV/PASSENGER BUSINESS
  PRIV/PASSENGER NON-BUSINESS
  MIGRANT
  U.S. MAIL
  FEDERAL GOVERNMENT
  STATE GOVERNMENT
  LOCAL GOVERNMENT

# Artificial Intelligence Alerts

**DUE**

Our artificial intelligence engine analyzed information about this carrier that should be considered.

### FMCSA BASIC ALERT

This carrier has one or more BASIC scores above the FMCSA intervention threshold. FMCSA prioritizes carriers with BASIC alerts for inspections and intervention.

### AUTHORITY PENDING REVOCATION

FMCSA records indicate authority is pending revocation. It may be revoked if the issue is not corrected.
View FMCSA Authority Status for details and authority update history.

### BIPD INSURANCE RENEWAL

Our artificial intelligence engine detected this carrier may be within 30 days of having to renew its BIPD insurance policy. That is most likely why authority is pending revocation. If the carrier renews their policy, the insurance company will notify FMCSA and authority would no longer be pending revocation. If their insurance is not within the 30-day renewal period, there is another reason they are pending revocation.

### CARGO INSURANCE

FMCSA does not require this carrier to maintain cargo insurance. Carriers often have cargo insurance from the same insurance company as their BIPD policy. Because this carrier may be within 30 days of having to renew their BIPD policy, they may also be within 30 days of having to renew their cargo insurance policy.

### BUSINESS ADDRESS RISK ZONE

States have different Risk Zones in specific areas. Zone 1 is the lowest risk. Zone 3 is the highest risk.
This carrier is located in an area of Ohio classified as Zone 1. Risk Zone Heat Map

# FMCSA Company Snapshot

**DUE DILIGENCE** 6262126119BD170923CFD02554115DF3

FMCSA overview information about this company as of January 19, 2026.

| COMMON | CONTRACT | BROKER | SAFETY RATING |
|---|---|---|---|
| **ACTIVE** | **NONE** | **NONE** | **NONE** |
| COMMON MAINTAINED | CONTRACT MAINTAINED | BROKER MAINTAINED | |
| **7 MONTHS** | **NA** | **NA** | |
| PROPERTY | PASSENGER | HOUSEHOLD | OPERATION |
| **YES** | **NO** | **NO** | **INTERSTATE** |
| BIPD FILED | CARGO FILED | BOND FILED | HAZMAT INDICATOR |
| **$1,000,000** | **NO** | **NO** | **HAZMAT** |
| OWNED TRUCKS | LEASED TRUCKS | OWNED TRAILERS | LEASED TRAILERS |
| 1 | NA | 1 | NA |
| POWER UNITS | DRIVERS | INSPECTIONS | REPORTED CRASHES |
| 1 | 1 | 1 | **NONE** |
| DRIVER INSP | DRIVER OOS | DRIVER OOS | DRV OOS NATL AVG |
| 1 | 0 | 0% | 6.67% |
| VEHICLE INSP | VEHICLE OOS | VEHICLE OOS | VEH OOS NATL AVG |
| 1 | 0 | 0% | 22.26% |

INDIAN TRIBE

## Cargo Carried

The following information was provided when the company submitted Form MCS-150 to FMCSA.

- GENERAL FREIGHT
- HOUSEHOLD GOODS
- METAL (SHEETS, COILS, ROLLS)
- MOTOR VEHICLES
- DRIVE/TOW AWAY
- LOGS, POLES, BEAMS, LUMBER
- BUILDING MATERIALS
- MOBILE HOMES
- MACHINERY, LARGE OBJECTS
- FRESH PRODUCE
- LIQUIDS/GASES
- INTERMODAL CONTAINERS
- PASSENGERS
- OILFIELD EQUIPMENT
- LIVESTOCK
- GRAIN, FEED, HAY
- COAL/COKE
- MEAT
- GARBAGE/REFUSE
- U.S. MAIL
- CHEMICALS
- COMMODITIES DRY BULK
- REFRIGERATED FOOD
- BEVERAGES
- PAPER PRODUCTS
- UTILITIES
- AGRICULTURAL/FARM SUPPLIES
- CONSTRUCTION
- WATER WELL

## SmartWay Transport Partner

**COMPANY IS NOT SMARTWAY PARTNER**
We only identify SmartWay Partners if EPA identifies the company. We cannot confirm a company is a SmartWay Partner if they are in the SmartWay database without an MC number listed for proper identification.

Learn About SmartWay   SmartWay Website

## CARB TRU Compliance

**COMPANY NOT 100% CARB COMPLIANT**
We only identify companies that are 100% CARB TRU compliant based on the information made available from California Air Resources Board.

Carrier411  Qualify and Monitor Carriers for Safety and Compliance

**DUE DILIGENCE 6**

CHECK USDOT 4368789

|  | 🚛 | 🌐 | 🔧 | 🧪 | 👤 |
|---|---|---|---|---|---|
| VIOLATIONS | NA | 1 | 8 | NA | NA |
| SEVERE VIOLS | 0 | 0 | 0 | 0 | 0 |
| OOS VIOLS | 0 | 0 | 0 | 0 | 0 |
| MEASURES | 0 | 1.0 | 30.0 | 0 | 0 |
| BASIC SCORES | 0% | 40.3% | 98.1% | 0% | 0% |
| BASIC ALERTS |  |  | ⚠ |  |  |

⊘ Search ARBER Database for changes that may have occurred since our last updated July 31, 2021.

### CARB Truck and Bus Compliance

Anyone who operates or directs the operation of any vehicle subject to CARB Truck and Bus regulation must verify each hired company is in compliance with the regulation or reported compliance to CARB.

Check compliance status by entering any part of the company name, TRUCRS ID or MC number. Only fleets that have printed their certificates for 2026 will be listed.

| 710778 | CHECK STATUS |

### Access Log Report

📄 View Access Log to see each day you reviewed this company as proof of your due diligence.

◈ View Authority Status  ◈ View Insurance Requirements  ◈ View Carrier Safety Rating
◈ View Violation Summary  ◈ View Inspections and Violations
◈ View BASIC Performance Measures  ◈ View BASIC Percentile Scores

### Company Notes

You have no notes about this carrier. Notes cannot be viewed by other customers.

ADD NOTES

### Government Sites

FMCSA LICENSING AND INSURANCE  ⌄

DISPLAY

### Google Search

SANDRA WORTHING ALVES  ⌄

SEARCH

### FMCSA Authority Data Contact Change History

FMCSA contact information changes reflect chronological updates since January 2005.

FMCSA maintains separate data sets for authority data and census data. There may be discrepancies in company contact information between the two different FMCSA data sets.

Information is based on FMCSA authority data. Changes are displayed in ascending order, and specific information that changed is displayed in red. The oldest record is displayed first as baseline data, which allows us to detect if changes occurred.

| MC1710778 | SANDRA WORTHING ALVES | (440) 591-0354 |
| USDOT 4368789 | 25540 BYRON DR | SANDRA WORTHING ALVES |
| 1 TRUCK | NORTH OLMSTED, OH 44070 | ADT@ALLDIRECTIONS247.COM |

**1. MARCH 1, 2025**

**BUSINESS ADDRESS**
SANDRA WORTHING ALVES
DBA ALL DIRECTIONS TRUCKING
25540 BYRON DR
NORTH OLMSTED, OH 44070
PHONE (440) 591-0354
🚶 STREET VIEW

**MAIL ADDRESS**
25540 BYRON DR
NORTH OLMSTED, OH 44070-1901
🚶 STREET VIEW

Carrier411   Qualify and Monitor Carriers for Safety and Compliance

⊕ Back to Top

## Truck VIN Association Report

### IDENTIFY RELATED CARRIERS

Identify carriers based on FMCSA inspections and truck VIN numbers. This carrier reported having 0 leased trucks. There were 1 total inspections related to 1 different truck VIN numbers.

| INSPECTIONS | POWER UNITS | OWNED TRUCKS | LEASED TRUCKS |
|---|---|---|---|
| 1 | 1 | 1 | NA |

Identify other carriers associated with the same truck VIN numbers used by this carrier.

DISPLAY

⊕ Back to Top

## 1 Truck Inspected

Truck VIN numbers were decoded using USDOT NHTSA data based on FMCSA inspections for this carrier within the last 24 months. Additional information for each truck VIN inspected is provided when available. Trucks from 1995 and newer were decoded with 99% data confidence.

Trucks from 1980 to 1994 have a lower data confidence rate when decoded. Trucks older than 1980 are unable to be decoded because VIN standards were not established.

Each data column in the table can be sorted by selecting column headers, and all data is searchable.

Show 10 ∨ Trucks                              Search:

| TRUCK VIN | YEAR | MAKE | MODEL |
|---|---|---|---|
| 1FUJGLDR2CSBR8496 | 2012 | FREIGHTLINER | CASCADIA |
| TRUCK VIN | YEAR | MAKE | MODEL |

Showing 1 to 1 of 1 Trucks                    Previous  1  Next

⊕ Back to Top

## Truck VIN Numbers

Identify all truck VIN numbers associated with this carrier based on FMCSA inspections.

| INSPECTIONS | POWER UNITS | OWNED TRUCKS | LEASED TRUCKS |
|---|---|---|---|
| 1 | 1 | 1 | NA |

Truck VIN numbers may identify more than one carrier associated with the VIN.

DISPLAY    CREATE EXCEL FILE

⊕ Back to Top

## Truck VIN Number Search

Search FMCSA inspections and violations within the last 24 months using a truck VIN for this carrier. Search results may identify more than one carrier associated with the VIN.

**TRUCK VIN NUMBER**

ENTER 17-CHARACTER VIN

SEARCH

Back to Top

## Truck License Plates

Identify all truck license plate numbers associated with this carrier based on FMCSA inspections.

| INSPECTIONS | POWER UNITS | OWNED TRUCKS | LEASED TRUCKS |
|---|---|---|---|
| 1 | 1 | 1 | NA |

Truck license plate numbers may identify more than one carrier associated with the plate.

DISPLAY    CREATE EXCEL FILE

Back to Top

## Truck License Plate Search

Search FMCSA inspections and violations within the last 24 months using a truck license plate for this carrier. Search results may identify more than one carrier associated with the plate.

**STATE/PROVINCE**

ALABAMA

**LICENSE PLATE**

ENTER PLATE

SEARCH

Back to Top

## 1 Trailer Inspected

Trailer VIN numbers were decoded using USDOT NHTSA data and are based on FMCSA inspections for this carrier within the last 24 months. Some reefer trailers may be classified as vans and documented in manufacturer details. Additional information about each trailer VIN inspected is provided when available. Trailers from 1995 and newer were decoded with 99% data confidence.

Trailers from 1980 to 1994 have a lower data confidence rate when decoded. Trailers older than 1980 are unable to be decoded because VIN standards were not established.

Each data column in the table can be sorted by selecting column headers, and all data is searchable.

Show 10 ˅ Trailers          Search:

| TRAILER VIN | YEAR | TYPE | LEN |
|---|---|---|---|
| 1S12E95374E498752 | 2004 | UNKNOWN | 53 |
| TRAILER VIN | YEAR | TYPE | LEN |

Showing 1 to 1 of 1 Trailers             Previous  1  Next

Back to Top

## Trailer VIN Numbers

Identify all trailer VIN numbers associated with this carrier based on FMCSA inspections.

| INSPECTIONS | POWER UNITS | OWNED TRAILERS | LEASED TRAILERS |
|---|---|---|---|
| 1 | 1 | 1 | NA |

Carrier411 Qualify and Monitor Carriers for Safety and Compliance

Trailer VIN numbers may identify more than one carrier associated with the VIN.

DISPLAY   CREATE EXCEL FILE

(↑) Back to Top

## Trailer VIN Number Search

Search FMCSA inspections and violations within the last 24 months using a trailer VIN for this carrier. Search results may identify more than one carrier associated with the VIN.

**TRAILER VIN NUMBER**

ENTER 17-CHARACTER VIN

SEARCH

(↑) Back to Top

## FMCSA Inspection Locations

FMCSA information indicates the carrier is based in NORTH OLMSTED, OH (green state) and is known to travel in blue state within the last 24 months.



If a state is colored gray, it does not necessarily mean the carrier has not traveled in or through that state. It just means the carrier has not had any inspections in that state within the last 24 months.

View Violation Summary   View Inspections and Violations

**1 INSPECTION IN 1 STATE WITHIN 24 MONTHS**

**NY**
1

| MILEAGE | MCS-150 FILED | POWER UNITS | DRIVERS |
|---|---|---|---|
| NA | FEB 27, 2025 | 1 | 1 |
| OWNED TRUCKS | LEASED TRUCKS | OWNED TRAILERS | LEASED TRAILERS |
| 1 | NA | 1 | NA |

View Inspection and Crash Statistics

(↑) Back to Top

## FMCSA Violation Summary

**DUE DILIGENCE**

Carrier411   Qualify and Monitor Carriers for Safety and Compliance

View summary of SMS BASIC violations within the last 24 months. Information is based on data from state and federal inspection actions in the United States.

|  | Unsafe Driving | HOS Compliance | Driver Fitness | Controlled Substances | Vehicle Maintenance | Hazardous Materials |
|---|---|---|---|---|---|---|
| TOTAL VIOLATIONS | NA | 1 | 8 | NA | NA | NA |
| SEVERE VIOLATIONS | 0 | 0 | 0 | 0 | 0 | 0 |
| SEVERE VIOL RATIO | NA | NA | NA | NA | NA | NA |
| OOS VIOLATIONS | 0 | 0 | 0 | 0 | 0 | 0 |
| OOS VIOL RATIO | NA | NA | NA | NA | NA | NA |

Selecting SMS BASIC checkboxes is not necessary, unless you want to limit the display of information to violations only in the selected SMS BASIC categories.

**TIME PERIOD**
○ LAST 6 MONTHS
○ LAST 12 MONTHS
● LAST 24 MONTHS

**ONLY SHOW SUMMARY FOR SELECTED CATEGORIES**
☐ UNSAFE DRIVING        ☐ CONTROLLED SUBSTANCES
☐ HOS COMPLIANCE        ☐ VEHICLE MAINTENANCE
☐ DRIVER FITNESS        ☐ HAZARDOUS MATERIALS

VIEW VIOLATIONS

↑ Back to Top

## FMCSA Inspections and Violations

View inspections and SMS BASIC violations within the last 24 months. Information is based on data from state and federal inspection actions in the United States.

Selecting SMS BASIC checkboxes is not necessary, unless you want to limit the display of information to inspections that had violations only in the selected SMS BASIC categories.

**ONLY SHOW INSPECTIONS WITH VIOLATIONS FOR SELECTED CATEGORIES**
☐ UNSAFE DRIVING VIOLATIONS        ☐ CONTROLLED SUBSTANCES VIOLATIONS
☐ HOS COMPLIANCE VIOLATIONS        ☐ VEHICLE MAINTENANCE VIOLATIONS
☐ DRIVER FITNESS VIOLATIONS        ☐ HAZARDOUS MATERIALS VIOLATIONS

**INSPECTION STATE**    **TIME PERIOD**         **ORDER BY**
VIEW ALL STATES ▾       ○ LAST 6 MONTHS         ● INSPECTION DATE
                        ● LAST 12 MONTHS        ○ INSPECTION STATE
                        ○ LAST 24 MONTHS        ○ LICENSE PLATE

**OOS ORDERS AND SMS BASIC VIOLATIONS**          **VIOLATION DESCRIPTIONS**
☐ ONLY SHOW INSPECTIONS WITH OOS ORDERS          ☑ DISPLAY VIOLATION DESCRIPTIONS
☑ ONLY SHOW INSPECTIONS WITH VIOLATIONS

VIEW INSPECTIONS

↑ Back to Top

## FMCSA BASIC Performance Measures

FMCSA provides information about individual carrier performance measures in each publicly available BASIC category. They are calculated based on inspections and violations within the last 24 months.

| DRIVER INSP | DRIVER OOS | DRIVER OOS | DRV OOS NATL AVG |
|---|---|---|---|
| 1 | 0 | 0% | 6.67% |

| VEHICLE INSP | VEHICLE OOS | VEHICLE OOS | VEH OOS NATL AVG |
|---|---|---|---|
| 1 | 0 | 0% | 22.26% |

Carrier411   Qualify and Monitor Carriers for Safety and Compliance

**BASIC PERFORMANCE MEASURES**

The following measures were released December 8, 2025 based on the December 1, 2025 SMS snapshot. Measures consider individual performance for a carrier. 0 indicates the best performance.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| INDUSTRY HIGHEST | 2766.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| INDUSTRY AVERAGES | 1.54 | 0.48 | 2.93 | 0.028 | 0.24 |
| CARRIER MEASURES | 0 | 1.0 | 30.0 | 0 | 0 |

**BASIC PERFORMANCE MEASURES HISTORY**

We calculated industry averages and percentile scores using FMCSA data relative to property carriers. BASIC performance measures more than 40% above monthly industry averages are highlighted yellow.

**FMCSA BASIC ALERT**

This carrier has one or more BASIC scores above the FMCSA intervention threshold. FMCSA prioritizes carriers with BASIC alerts for inspections and intervention.

**DUE**

⚠ Indicates Acute/Critical Violations cited within last 12 months from an investigation.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| DEC 2025 IND AVGS | 1.54 | 0.48 | 2.93 | 0.028 | 0.24 |
| DEC 2025 MEASURES | 0 | 1.0 | 30.0 | 0 | 0 |
| **DEC 2025 SCORES** | 0% | 40.3% | 98.1% | 0% | 0% |
| BASIC ALERTS |  |  | ⚠ |  |  |
| OCT 2025 IND AVGS | 1.54 | 0.48 | 2.89 | 0.028 | 0.23 |
| OCT 2025 MEASURES | 0 | 1.0 | 30.0 | 0 | 0 |
| **OCT 2025 SCORES** | 0% | 40.0% | 98.1% | 0% | 0% |
| BASIC ALERTS |  |  | ⚠ |  |  |
| SEP 2025 IND AVGS | 1.52 | 0.48 | 2.87 | 0.028 | 0.23 |
| SEP 2025 MEASURES | 0 | 1.0 | 30.0 | 0 | 0 |
| **SEP 2025 SCORES** | 0% | 39.9% | 98.1% | 0% | 0% |
| BASIC ALERTS |  |  | ⚠ |  |  |
| AUG 2025 IND AVGS | 1.54 | 0.48 | 2.88 | 0.029 | 0.22 |
| AUG 2025 MEASURES | 0 | 0 | 0 | 0 | 0 |
| **AUG 2025 SCORES** | 0% | 0% | 0% | 0% | 0% |
| JUL 2025 IND AVGS | 1.53 | 0.49 | 2.88 | 0.029 | 0.22 |
| JUL 2025 MEASURES | 0 | 0 | 0 | 0 | 0 |
| **JUL 2025 SCORES** | 0% | 0% | 0% | 0% | 0% |
| JUN 2025 IND AVGS | 1.53 | 0.49 | 2.88 | 0.029 | 0.21 |
| JUN 2025 MEASURES | 0 | 0 | 0 | 0 | 0 |
| **JUN 2025 SCORES** | 0% | 0% | 0% | 0% | 0% |

View Violation Summary   View Inspection Details   View Complete SMS Profile

Carrier411  Qualify and Monitor Carriers for Safety and Compliance

 View SMS Performance Measures History

 Back to Top

## BASIC Percentile Scores

FMCSA does not publicly release BASIC percentile scores. We calculated percentile scores following the  FMCSA SMS Methodology to provide meaningful evaluation data.

**DECEMBER 2025 BASIC PERCENTILE SCORES**
FMCSA has established intervention thresholds. The intervention threshold is 65 for Unsafe Driving and HOS Compliance. The threshold is 80 for Vehicle Maintenance, Controlled Substances and Driver Fitness. Gauges are red when scores are over the FMCSA intervention threshold and yellow when scores are near the FMCSA intervention threshold.

**FMCSA BASIC ALERT**
This carrier has one or more BASIC scores above the FMCSA intervention threshold. FMCSA prioritizes carriers with BASIC alerts for inspections and intervention.

**DUE**



| Unsafe Driving | HOS Compliance |
|---|---|
| 0% | 40.3% |

| Vehicle Maintenance | Controlled Substances | Driver Fitness |
|---|---|---|
| 98.1% | 0% | 0% |

 View Complete SMS Profile

 Back to Top

## FMCSA Carrier Safety Rating

| SAFETY RATING | RATING DATE |
|---|---|
| NONE | NONE |

 Verify Rating SMS Website   Verify Rating SAFER Website

 Back to Top

## FMCSA Authority Status

**AUTHORITY PENDING REVOCATION**
FMCSA records indicate authority is pending revocation. It may be revoked if the issue is not corrected.

**BIPD INSURANCE RENEWAL ALERT**
Our artificial intelligence engine detected this carrier may be within 30 days of having to renew its BIPD insurance policy. That is most likely why authority is pending revocation. If the carrier renews their policy, the insurance company will notify FMCSA and authority would no longer be pending revocation. If their insurance is not within the 30-day renewal period, there is another reason they are pending revocation.

Carrier411  Qualify and Monitor Carriers for Safety and Compliance

|  | AUTHORITY STATUS | APPLICATION PENDING | PENDING REVOCATION |
|---|---|---|---|
| COMMON | **ACTIVE** | NO | YES |
| CONTRACT | NONE | NO | NO |
| BROKER | NONE | NO | NO |

| COMMON MAINTAINED | CONTRACT MAINTAINED | BROKER MAINTAINED |
|---|---|---|
| 7 MONTHS | NA | NA |
| COMMON ACTIVE SINCE | CONTRACT ACTIVE SINCE | BROKER ACTIVE SINCE |
| MAY 31, 2025 | NA | NA |

View Authority Update History

View FMCSA Licensing and Insurance

Back to Top

## FMCSA Insurance Requirements

DUE

### BIPD INSURANCE RENEWAL ALERT

Our artificial intelligence engine detected this carrier may be within 30 days of having to renew its BIPD insurance policy. That is most likely why authority is pending revocation. If the carrier renews their policy, the insurance company will notify FMCSA and authority would no longer be pending revocation. If their insurance is not within the 30-day renewal period, there is another reason they are pending revocation.

### CARGO INSURANCE ALERT

FMCSA does not require this carrier to maintain cargo insurance. Carriers often have cargo insurance from the same insurance company as their BIPD policy. Because this carrier may be within 30 days of having to renew their BIPD policy, they may also be within 30 days of having to renew their cargo insurance policy.

|  | INSURANCE REQUIRED | INSURANCE ON FILE |
|---|---|---|
| BIPD | $1,000,000.00 | $1,000,000.00 |
| CARGO | NO | NO |
| BOND | NO | NO |

Back to Top

## Insurance Policy Coverage

DUE

REPUBLIC VANGUARD INSURANCE COMPANY
TYPE **BIPD PRIMARY**     POLICY **ARN1067669-00**     EFFECTIVE **JUL 16, 2025**
FROM **$0.00**     TO **$1,000,000.00**

Back to Top

## FMCSA Insurance History Timeline

DUE

The list of insurance companies and insurance history timeline represent the complete history of canceled insurance policies reported to FMCSA by insurance companies.

Carrier411 Qualify and Monitor Carriers for Safety and Compliance

FMCSA insurance history data is automatically updated every morning as soon as FMCSA releases data. Policy durations and coverage lapses are calculated based on dates because the time of day is unknown for cancelation dates and effective dates reported to FMCSA by insurance companies.

## INSURANCE COMPANIES AND COVERAGE PERIODS

1 INSURANCE COMPANY REPORTED POLICY CANCELATIONS TO FMCSA.

**PROGRESSIVE PREFERRED INSURANCE CO**
MAY 21, 2025 - JULY 16, 2025

NO INSURANCE COVERAGE LAPSES DETECTED IN TIMELINE
INSURANCE COVERAGE HAS BEEN CONTINUOUS WITHOUT INTERRUPTIONS.

## FMCSA INSURANCE HISTORY TIMELINE

1 INSURANCE POLICY CANCELED BASED ON FMCSA INSURANCE HISTORY DATA.

MAY 21, 2025 - JULY 16, 2025

**BIPD PRIMARY POLICY REPLACED**
POLICY WAS IN EFFECT 1 MONTH 25 DAYS (57 DAYS)

**POLICY NUMBER:** CA997777365
**EFFECTIVE DATE:** MAY 21, 2025
**CANCELATION DATE:** JULY 16, 2025
**TYPE:** BIPD (91X)
**CLASS:** PRIMARY
**CANCELATION METHOD:** REPLACED
**LIMITS:** MIN $0 / MAX $1,000,000
**INSURER:** PROGRESSIVE PREFERRED INSURANCE CO

(↑) Back to Top

Contact Us  Privacy Policy  Terms of Service     Response Time 0.297 Seconds     Copyright © 2026 Carrier411 Services, Inc.