U.S. Department of Transportation
Federal Motor Carrier Safety Administration

1200 New Jersey Ave., S.E.
Washington, DC 20590

**SERVICE DATE**
January 16, 2026

## NOTICE OF INVESTIGATION
MC-1710778-C
SANDRA WORTHING ALVES
D/B/A ALL DIRECTIONS TRUCKING
NORTH OLMSTED, OH

FOR
REVOCATION OF AUTHORITY

The above carrier is registered as a common carrier authorizing it to engage in transportation by motor vehicle, in interstate or foreign commerce, and must be in continuous compliance with 49 U.S.C. § 13906 and 49 CFR 387, Subpart C, for the operating rights registration to remain effective. On January 13, 2026, we were notified that your bodily injury and property damage liability insurance would be canceled effective February 12, 2026. Any operations without such evidence of insurance on file are unlawful. Any operations without such insurance are unlawful.

It is ordered:
Under 49 U.S.C. § 14701(a), we hereby open an investigation to decide whether, in accordance with 49 U.S.C. § 13905, the operating rights registration should be revoked for failure to comply with the statute and the insurance regulations.

Within 30 days after this decision is served, the common carrier must establish that it is in full compliance with the statute and the insurance regulations by having appropriate filings on prescribed FMCSA forms (BMC 91 or 91X or 82 for bodily injury and property damage liability, BMC 34 or 83 for cargo liability, or a BMC 84 or 85 for broker security) submitted on its behalf. Copies of Form MCS-90 or other "certificates of insurance" are not acceptable evidence of insurance compliance. Insurance filings may be transmitted electronically or sent to FMCSA MC-RS, 1200 New Jersey Ave., S.E., Washington, DC 20590.

The common carrier is hereby notified that failure to comply with the terms of the insurance requirements and of this decision shall result in revocation of its operating rights registration, effective 30 days from the service date of this notice.

To verify that the common carrier is in full compliance, access the website at http://li-public.fmcsa.dot.gov or call 1-800-832-5660.

**Decided:** January 16, 2026

By the Federal Motor Carrier Safety Administration

Jeffrey L. Secrist, Division Chief
Office of Registration

IR

