

U.S. Department of Transportation
Federal Motor Carrier Safety Administration

1200 New Jersey Ave., S.E.
Washington, DC 20590

**SERVICE DATE**
January 22, 2026

## DECISION

MC-1710778-C
SANDRA WORTHING ALVES
D/B/A ALL DIRECTIONS TRUCKING
NORTH OLMSTED, OH

## DISCONTINUANCE OF REVOCATION PROCEEDING

By decision of the U.S. Department of Transportation, entered January 16, 2026, an investigation under 49 U.S.C. § 14701(a) was instituted to decide whether, in accordance with 49 U.S.C. § 13905, the operating rights registration specified above should be revoked for failure to comply with the requirements of 49 U.S.C. § 13906 and 49 CFR 387. The Federal Motor Carrier Safety Administration notified the above-named transportation entity that failure to respond or comply with the terms of the decision would result in revocation of its authority registration, effective 30 days after the date the decision was served.

Evidence of compliance with the statute and insurance regulations has been received.

**It is ordered:**

The decision entered January 16, 2026 is vacated and set aside, and the proceeding instituted under 49 U.S.C. § 14701(a) is **DISCONTINUED.**

**Decided:** January 22, 2026

By the Federal Motor Carrier Safety Administration.

Jeffrey L. Secrist, Division Chief
Office of Registration

IRD

