# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sandra Worthing Alves <br> d/b/a All Directions Trucking <br> 25540 Byron Dr <br> North Olmsted, OH 44070 <br> Email: adt@alldirections247.com <br> *Plaintiff(s)* <br><br> v. <br><br> Carrier411 CarrierGuard LLC <br> Registered Agent: Executive Offices, Inc. <br> 42 Read's Way <br> New Castle, Delaware 19720 <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 1:26-CV-00150

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Carrier411 CarrierGuard LLC
Registered Agent: Executive Offices, Inc.
42 Read's Way
New Castle, Delaware 19720
Phone: 302-323-8100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com
Phone: 440-591-0354
MC #: 1710778

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/05/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-00150

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❐ I returned the summons unexecuted because : or

❐ Other *(specify)*

My fees are $ for travel and $ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sandra Worthing Alves<br>d/b/a All Directions Trucking<br>25540 Byron Dr<br>North Olmsted, OH 44070<br>Email: adt@alldirections247.com<br>*Plaintiff(s)*<br><br>v.<br><br>Internet Truckstop Group LLC<br>Registered Agent: The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:26-CV-00150<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Internet Truckstop Group LLC
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801
Phone: 302-658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com
Phone: 440-591-0354
MC #: 1710778

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     03/05/2026

                                               *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-00150

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                    ; or

☐ I returned the summons unexecuted because                                    ; or

☐ Other *(specify)*:

My fees are $              for travel and $              for services, for a total of $              0        .

I declare under penalty of perjury that this information is true.

Date.

Server's signature

Printed name and title

Server address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sandra Worthing Alves<br>d/b/a All Directions Trucking<br>25540 Byron Dr<br>North Olmsted, OH 44070<br>Email: adt@alldirections247.com<br>*Plaintiff(s)*<br>v.<br>Internet Truckstop Risk Purchasing Group, LLC<br>Registered Agent: The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:26-CV-00150 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Internet Truckstop Risk Purchasing Group, LLC
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801
Phone: 302-658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com
Phone: 440-591-0354
MC #: 1710778

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    03/05/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-00150

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

    ❒ I personally served the summons on the individual at *(place)*

                 on *(date)*        ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)*

                        , a person of suitable age and discretion who resides there,

on *(date)*            , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)*                  , who is

     designated by law to accept service of process on behalf of *(name of organization)*

                   on *(date)*        ; or

    ❒ I returned the summons unexecuted because             ; or

    ❒ Other *(specify)*:

My fees are $          for travel and $         for services, for a total of $    0

I declare under penalty of perjury that this information is true.

Date.

                                   *Server's signature*

                                   *Printed name and title*

                                   *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sandra Worthing Alves<br>d/b/a All Directions Trucking<br>25540 Byron Dr<br>North Olmsted, OH 44070<br><br>*Plaintiff(s)*<br><br>v.<br><br><br><br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:26-CV-00150 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GenLogs Corporation
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808
United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/05/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-00150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

&#10005; I personally served the summons on the individual at *(place)*

on *(date)* ; or

&#10005; I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

&#10005; I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

&#10005; I returned the summons unexecuted because ; or

&#10005; Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sandra Worthing Alves<br>d/b/a All Directions Trucking<br>25540 Byron Dr<br>North Olmsted, OH 44070<br>Email: adt@alldirections247.com<br>*Plaintiff(s)*<br><br>v.<br><br>Denim Labs, Inc.<br>Registered Agent: The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:26-CV-00150 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Denim Labs, Inc.
Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801
Phone: 302-658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com
Phone: 440-591-0354
MC #: 1710778

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     03/05/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-00150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

    ❐ I personally served the summons on the individual at *(place)*

                        on *(date)*         ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)*

                        , a person of suitable age and discretion who resides there,

on *(date)*         , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)*       , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                        on *(date)*         ; or

    ❐ I returned the summons unexecuted because         ; or

    ❐ Other *(specify)*:

My fees are $          for travel and $          for services, for a total of $      0

I declare under penalty of perjury that this information is true.

Date:

                                  *Server's signature*

                                  *Printed name and title*

                                  *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sandra Worthing Alves<br>d/b/a All Directions Trucking<br>25540 Byron Dr<br><br>*Plaintiff(s)*<br><br>v.<br><br>The Internet Truckstop LLC<br>Registered Agent: Harvard Business Services, Inc.<br>16192 Coastal Highway<br>Lewes, Delaware 19958<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-CV-00150 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Internet Truckstop LLC
Registered Agent: Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, Delaware 19958
Phone: 302-645-7400

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/05/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-00150

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sandra Worthing Alves<br>d/b/a All Directions Trucking<br>25540 Byron Dr<br>North Olmsted, OH 44070<br>Email: adt@alldirections247.com<br>*Plaintiff(s)*<br><br>v.<br><br>Motive Technologies, Inc.<br>Registered Agent: Incorporating Services, Ltd.<br>3500 South Dupont Highway<br>Dover, Delaware 19901<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:26-CV-00150 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Motive Technologies, Inc.
Registered Agent: Incorporating Services, Ltd.
3500 South Dupont Highway
Dover, Delaware 19901
Phone: 302-531-0855

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com
Phone: 440-591-0354
MC #: 1710778

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     03/05/2026

                                             *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-CV-00150

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                                .

    ❏ I personally served the summons on the individual at *(place)*

                              on *(date)*                                    ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)*

                      , a person of suitable age and discretion who resides there,

on *(date)*                                    , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)*                                                         , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                              on *(date)*                                    ; or

    ❏ I returned the summons unexecuted because                                                              ; or

    ❏ Other *(specify)*:

My fees are $                              for travel and $                              for services, for a total of $          0          .

I declare under penalty of perjury that this information is true.

Date.

                                      *Server's signature*

                                    *Printed name and title*

                                    *Server's address*

Additional information regarding attempted service, etc: