Sandra Worthing Alves
d/b/a All Directions Trucking
MC #1710778
25540 Byron Drive
North Olmsted, Ohio 44070
Telephone: (440) 591-0354
Email: adt@alldirections247.com

March 4, 2026

Clerk of Court
United States District Court
Northern District of Ohio

Re: Sandra Worthing Alves, d/b/a All Directions Trucking v. Internet Truckstop Payments, LLC, et al.

Case No. 1:26-cv-00150

Judge Dan Aaron Polster

Dear Clerk of Court:

Pursuant to the Court's Memorandum of Opinion and Order dated February 10, 2026, Plaintiff respectfully submits the enclosed Amended Complaint for Damages, Declaratory Relief, and Injunctive Relief for filing in the above-captioned matter.

Plaintiff Sandra Worthing Alves, doing business as All Directions Trucking, operates as a federally authorized motor carrier engaged in interstate commerce under operating authority issued by the Federal Motor Carrier Safety Administration (MC #1710778).

The enclosed pleading is submitted for docketing in the above-referenced case. Plaintiff previously returned the Court's notice regarding magistrate judge jurisdiction and declined consent pursuant to 28 U.S.C. § 636.

Please docket the enclosed filing accordingly.

Respectfully submitted,

/s/ Sandra Worthing Alves

Sandra Worthing Alves, Plaintiff Pro Se

d/b/a All Directions Trucking

MC #1710778