# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

SANDRA WORTHING ALVES,             ) Case No. 1:26-cv-00150-DAP

Plaintiff,                         ) Judge Dan Aaron Polster

v.                               )

INTERNET TRUCK STOP PAYMENTS, LLC, et al., )

Defendants.                  )

                                  )

**FILED**

MAR 1 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT DAT
# FREIGHT & ANALYTICS, LLC

Plaintiff hereby voluntarily dismisses Defendant DAT Freight & Analytics, LLC from

this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant

DAT Freight & Analytics, LLC has not filed an Answer. This dismissal is without

prejudice.

**APPROVED.**
**It is SO ORDERED.**
**s/*Dan Aaron Polster***
**United States District Judge**
**March 17, 2026**

Respectfully submitted,

/s/ Sandra Worthing Alves
Sandra Worthing Alves
d/b/a All Directions Trucking
25540 Byron Dr
North Olmsted, OH 44070
Email: adt@alldirections247.com
Phone: 440-591-0354
MC #: 1710778
Date: March 14, 2026