| | | |
|---|---|---|
| **SANDRA WORTHING ALVES,** | : | **CASE NO: 1:26-cv-00150-DAP** |
| | : | |
| **Plaintiff,** | : | |
| | : | Judge: Dan Aaron Polster |
| **-v-** | : | |
| | : | **DEFENDANT GENLOGS, INC.'S** |
| **INTERNET TRUCK STOP** | : | **JOINDER IN MOTIONS TO DISMISS** |
| **PAYMENTS, LLC, et al.** | : | **PLAINTIFF'S THIRD AMENDED** |
| | : | **COMPLAINT** |
| **Defendants.** | | |

Defendant GenLogs, Inc., by and through its undersigned counsel, hereby gives notice of

joinder in various motions to dismiss Plaintiff Sandra Worthing Alves' third amended complaint.

Specifically, GenLogs respectfully joins the following motions to dismiss:

- Defendant C.H. Robinson Worldwide, Inc's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 44)

- Defendant Total Quality Logistics LLC's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 45)

- Defendant Magellan Transport Logistics, Inc's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 46)

- Defendant Internet Truckstop Payments, LLC's Motion to Dismiss (ECF No. 47)

- Defendant Motive Technologies Inc's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 49)

Further, GenLogs adopts by reference and joins in those parties' arguments with respect to

Plaintiff's failure to state a claim, improper forum, and related pleading deficiencies.

Respectfully submitted,

*/s/Samuel A. Meadows*
Samuel A. Meadows (0096818)
REMINGER CO., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
216-430-2267 direct dial; 216-687-1841 fax
E-mail: smeadows@reminger.com
*Attorney for Defendant GenLogs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, the foregoing document was electronically filed with the Clerk of the Court using the ECF system which will send notifications of such filing to all counsel of record. A true copy of the foregoing was also served by United States Mail, postage prepaid, upon the other proper parties.

*/s/ Samuel A. Meadows*
Samuel A. Meadows