| | | |
|---|---|---|
| **SANDRA WORTHING ALVES,** | : | **CASE NO: 1:26-cv-00150-DAP** |
| | : | |
| **Plaintiff,** | : | |
| | : | Judge: Dan Aaron Polster |
| -v- | : | |
| | : | **DEFENDANT GENLOGS, INC.'S** |
| **INTERNET TRUCK STOP** | : | **MOTION TO STRIKE** |
| **PAYMENTS, LLC, et al.** | : | |
| | : | |
| **Defendants.** | : | |

GenLogs, Inc. ("GenLogs") by and through undersigned counsel, respectfully moves to strike the previously filed Motion to Dismiss Plaintiff's Third Amended Complaint (the "Prior Motion"). (See DOC# 46).

The Prior Motion, filed on April 21, 2026, inadvertently included proprietary and attorney work product material due to an administrative clerical error. The disclosure was unintentional and does not waive any applicable privilege or protection. Prompt correction is necessary to prevent prejudice and protect confidential information. A corrected, non-privileged version of the Prior Motion is attached as **Exhibit A**.

WHEREFORE, GenLogs respectfully requests that this Court strike the Prior Motion from the record and accept the corrected version attached as **Exhibit A** as the operative filing.

Respectfully submitted,

/s/Samuel A. Meadows
Samuel A. Meadows (0096818)
REMINGER CO., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
216-430-2267 direct dial; 216-687-1841 fax
E-mail:  smeadows@reminger.com

1

*Attorney for Defendant GenLogs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 22, 2026, the foregoing document was electronically filed with the Clerk of the Court using the ECF system which will send notifications of such filing to all counsel of record. A true copy of the foregoing was also served by United States Mail, postage prepaid, upon the other proper parties.

*/s/ Samuel A. Meadows*

Samuel A. Meadows