## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDRA WORTHING ALVES, | CASE NO: 1:26-cv-00150-DAP |
| Plaintiff, | |
| | Judge: Dan Aaron Polster |
| -v- | |
| | DEFENDANT GENLOGS, INC.'S |
| INTERNET TRUCK STOP | MOTION TO SEAL AND STRIKE |
| PAYMENTS, LLC, et al. | PORTIONS OF PLAINTIFF'S |
| | SUPPLEMENTAL RESPONSE TO |
| Defendants. | DEFENDANTS' MOTION TO |
| | DISMISS |

GenLogs, Inc. ("GenLogs"), by and through undersigned counsel, respectfully moves to seal and strike portions of Plaintiff's Supplemental Filing in Response to Defendant's Motion to Dismiss (Doc. #60) that reference privileged information inadvertently included in GenLogs's original Motion to Dismiss (Doc. #56), which this Court ordered to be restricted from public access pursuant to the entry by Judge Dan Aaron Polster on April 23, 2026. Specifically, the improper references to the privileged material from the stricken and restricted filing appear in paragraphs 15, 16, 17, 47, and 72 of Plaintiff's Supplemental Response.[1]

Pursuant to this Court's April 23, 2026 Order, GenLogs was directed to file a corrected Motion to Dismiss omitting the privileged material, which it did on the same day (Doc. #59). Accordingly, under the Court's binding Order, Plaintiff may rely only on Doc. #59 in responding to Defendants' Motion to Dismiss and the inclusion of privileged communications from the

---

[1]

| Document number | Page | Paragraph |
|---|---|---|
| #60 | 10 | 15 |
| #60 | 10 | 16 |
| #60 | 10 | 17 |
| #60 | 23 | 47 |
| #60 | 32 | 72 |

1

restricted document is non-responsive and should be stricken under Fed. R. Civ. P. 12(f) and the Court's inherent authority to control its docket. *O'Donnell v. Genzyme Corp.*, No. 1:14-CV-01767, 2014 WL 12953767, at *7 (N.D. Ohio Dec. 18, 2014) (granting a motion to strike paragraphs of a filing that revealed the specific content of privileged communications involving corporate counsel); *see Needham v. Tepe*, No. 1:22-CV-547, 2022 WL 16533999, at *2 (S.D. Ohio Oct. 28, 2022) ("This Court has the inherent authority to control its docket, which includes the authority to strike documents or portions of documents.").

Because Plaintiff's Supplemental Filing (Doc. #60) discloses and relies upon privileged material this Court has already ordered restricted, GenLogs further requests that Plaintiff's Supplemental Response (Doc. #60) be sealed in its entirety and removed from the public docket pending the Court's disposition of the parties' motions to dismiss practice; and, if and as the Court deems appropriate, a protective order or alternative guidance be issued to put plaintiff on notice of obligations related to the handling of inadvertently-disclosed privileged communications (*cf.* Fed. R. Civ. P. 26(b)(5)(B)) to ensure that Plaintiff does not further reproduce or rely on privileged material in subsequent filings. As addressed in GenLogs's prompt motion to address the inadvertent filing containing privileged material, the unintentional inclusion of privileged content did not waive the privilege or protections that apply to the attorney-client communications and attorney work product contained in the now-clawed back document (Doc. # 58). *See Van Hull v. Marriott Courtyard*, 63 F. Supp. 2d 840, 840 (N.D. Ohio 1999) (holding that inadvertent disclosure of privileged materials does not result in a loss of privilege).

GenLogs also expressly reserves its right to respond to Plaintiff's Supplemental Response by May 14, 2026, in accordance with the deadline set forth in the Court's March 17, 2026 scheduling Order.

WHEREFORE, GenLogs respectfully requests that this Court (1) strike the portions of Plaintiff's Supplemental Filing in Response to Defendant's Motion to Dismiss (Doc. #60) that reference the restricted material, including paragraphs 15, 16, 17, 47, and 72; (2) order that Plaintiff's Supplemental Filing (Doc. #60) be sealed; and (3) grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/Samuel A. Meadows*
Samuel A. Meadows (0096818)
REMINGER CO., L.P.A.
200 Public Square, Suite 1200
Cleveland, Ohio 44114
216-430-2267 direct dial; 216-687-1841 fax
E-mail:  smeadows@reminger.com
*Attorney for Defendant GenLogs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, the foregoing document was electronically filed with the Clerk of the Court using the ECF system which will send notifications of such filing to all counsel of record. A true copy of the foregoing was also served by United States Mail, postage prepaid, upon the other proper parties.

*/s/ Samuel A. Meadows*

Samuel A. Meadows