IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

FILED
JUN - 5 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

SANDRA WORTHING ALVES, ) Case No. 1:26-cv-00150
Plaintiff, ) Judge Dan Aaron Polster
)
v. **NOTICE OF APPEAL**

INTERNET TRUCKSTOP PAYMENTS, LLC, et al., )

Defendants.

NFFP

**NOTICE OF APPEAL**

Notice is hereby given that Sandra Worthing Alves, Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order and Opinion entered on May 27, 2026 (ECF No. 69), granting Defendants' Motions to Dismiss and dismissing Plaintiff's Third Amended Complaint with prejudice as to all defendants.

Plaintiff appeals each and every part of that Order and Opinion, including but not limited to the dismissal of all claims under 18 U.S.C. § 1962(c) (Civil RICO), 15 U.S.C. §§ 1-2 (Sherman Act), and Ohio common law (tortious interference with business relationships).

Respectfully submitted,

/s/ Sandra Worthing Alves
Sandra Worthing Alves
Plaintiff-Appellant
25540 Byron Dr
North Olmsted, Ohio 44070
440-591-0354

adt@alldirections247.com

Date: 05/30/2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, a true and correct copy of the foregoing Notice of Appeal was served upon all counsel of record by depositing same in the United States Mail, firstclass postage prepaid, addressed to counsel of record as reflected on the Court's docket.

/s/ Sandra Worthing Alves

Sandra Worthing Alves

Date: 05/30/2026